IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MADHAVAN PISHARODI | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. **B-04-119** |
| | § | |
| VALLEY BAPTIST MEDICAL CENTER, | § | |
| BEN M. McKIBBENS, M.D.; JAMES G. | § | |
| SPRINGFIELD; ERIC SIX, M.D.; | § | |
| ALEJANDRO BETANCOURT, M.D.; | § | |
| AND CHRISTOPHER HANSEN, M.D., | § | |
| Defendants. | § | |

## NOTICE OF REMOVAL

COMES NOW, Defendants Valley Baptist Medical Center and James G. Springfield, the only defendants served as of this date, and pursuant to 28 U.S.C. §1441, file this Notice of Removal of the referenced cause to the United States District Court for the Southern District of Texas, Brownsville Division, and in support respectfully shows the Court the following:

**I.**

On June 14, 2004, these Defendants were served with Plaintiff's Original Petition styled Madhavan Pisharodi, Plaintiff v. Valley Baptist Medical Center; Ben M. McKibbens, M.D.; James G. Springfield; Eric Six, M.D.; Alejandro Betancourt, M.D.; and Christopher Hansen, M.D., Defendants, which was filed in the 103rd Judicial District Court of Cameron County, Texas, and docketed as Case No. 2004-06-2891-D. A true and correct copy of the Original Petition is attached. No orders have been signed by the state court judge.

30739638.1

## II.

Plaintiff's cause of action is one over which this Court has original jurisdiction by virtue of 42 U.S.C. § 2000e-5 ("Title VII") and 42 U.S.C. § 1981 and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441, in that Plaintiff alleges that Defendants have violated Title VII and § 1981, both federal statutes (Pl. Orig. Pet. §§ 8, 10, 45, 46, 47).

## III.

This action was filed on or about June 2, 2004 and these Defendants were served process on June 14, 2004.  Therefore, this Notice is timely filed pursuant to 28 U.S.C. §1446.

A true and correct copy of Defendants' Notice of Removal will be filed with the District Clerk for the District Courts of Cameron County and served on all parties.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the action now pending in the 103rd Judicial District Court, Cameron County, Texas, as described herein be removed to the United States District Court for the Southern District of Texas, Brownsville Division.

Signed this 13th day of July 2004.

Respectfully submitted,

By David G. Oliveira

David G. Oliveira
State Bar No. 15254675
Federal I.D. No. 13862
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016
And
   A.J. Harper II
   State Bar No. 09031000
   Federal I.D. No. 5158
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Attorneys-in-Charge for Defendants, Valley
Baptist Medical Center and James G.
Springfield

OF COUNSEL:
ROERIG, OLIVEIRA & FISHER, L.L.P.
and
FULBRIGHT & JAWORSKI L.L.P.

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil

Procedure on this the 13th day of July 2004, via United States mail certified, return receipt

requested, to the following listed below:

Mr. Ed Stapleton
Attorney at Law
306 North Highway 377, Suite B
Argyle, Texas 76226

Mr. Ben M. McKibbens
5556 Moog Lane
Point Clear, Alabama 36564

Eric Six, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Alejandro Betancourt, M.D.
2121 Pease Street
Harlingen, Texas 7850

Christopher Hansen, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Dennis Sanchez
SANCHEZ, WHITTINGTON,
  JANIS & ZABARTE, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78520

David G. Oliveira

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MADHAVAN PISHARODI | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. **B - 0 4 - 1 1 9** ' |
| | § | |
| VALLEY BAPTIST MEDICAL CENTER, | § | |
| BEN M. McKIBBENS, M.D.; JAMES G. | § | |
| SPRINGFIELD; ERIC SIX, M.D.; | § | |
| ALEJANDRO BETANCOURT, M.D.; | § | |
| AND CHRISTOPHER HANSEN, M.D., | § | |
| Defendants. | | |

## NOTICE OF REMOVAL

COMES NOW, Defendants Valley Baptist Medical Center and James G. Springfield, the only defendants served as of this date, and pursuant to 28 U.S.C. §1441, file this Notice of Removal of the referenced cause to the United States District Court for the Southern District of Texas, Brownsville Division, and in support respectfully shows the Court the following:

### I.

On June 14, 2004, these Defendants were served with Plaintiff's Original Petition styled Madhavan Pisharodi, Plaintiff v. Valley Baptist Medical Center; Ben M. McKibbens, M.D.; James G. Springfield; Eric Six, M.D.; Alejandro Betancourt, M.D.; and Christopher Hansen, M.D., Defendants, which was filed in the 103rd Judicial District Court of Cameron County, Texas, and docketed as Case No. 2004-06-2891-D. A true and correct copy of the Original Petition is attached. No orders have been signed by the state court judge.

30739638.1

## II.

Plaintiff's cause of action is one over which this Court has original jurisdiction by virtue of 42 U.S.C. § 2000e-5 ("Title VII") and 42 U.S.C. § 1981 and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441, in that Plaintiff alleges that Defendants have violated Title VII and § 1981, both federal statutes (Pl. Orig. Pet. §§ 8, 10, 45, 46, 47).

## III.

This action was filed on or about June 2, 2004 and these Defendants were served process on June 14, 2004. Therefore, this Notice is timely filed pursuant to 28 U.S.C. §1446.

A true and correct copy of Defendants' Notice of Removal will be filed with the District Clerk for the District Courts of Cameron County and served on all parties.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the action now pending in the 103rd Judicial District Court, Cameron County, Texas, as described herein be removed to the United States District Court for the Southern District of Texas, Brownsville Division.

Signed this 13th day of July 2004.

Respectfully submitted,

By _David G. Oliveira_
David G. Oliveira
State Bar No. 15254675
Federal I.D. No. 13862
855 W. Price Road, Suite 9
Brownsville, Texas  78520
Telephone:  (956) 542-5666
Telecopier:  (956) 542-0016
And
A.J. Harper II
State Bar No. 09031000
Federal I.D. No. 5158
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

30739638.1

2

Attorneys-in-Charge for Defendants, Valley
Baptist Medical Center and James G.
Springfield

OF COUNSEL:
ROERIG, OLIVEIRA & FISHER, L.L.P.
and
FULBRIGHT & JAWORSKI L.L.P.

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil

Procedure on this the 13th day of June July 2004, via United States mail certified, return receipt

requested, to the following listed below:

Mr. Ed Stapleton
Attorney at Law
306 North Highway 377, Suite B
Argyle, Texas 76226

Mr. Ben M. McKibbens
5556 Moog Lane
Point Clear, Alabama 36564

Eric Six, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Alejandro Betancourt, M.D.
2121 Pease Street
Harlingen, Texas 7850

Christopher Hansen, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Dennis Sanchez
SANCHEZ, WHITTINGTON,
 JANIS & ZABARTE, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78520

David G. Oliveira

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
Filed

JUL 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **MADHAVAN PISHARODI** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | C.A. NO. **B-04-119** |
| | § | |
| **VALLEY BAPTIST MEDICAL CENTER,** | § | |
| **BEN M. McKIBBENS, M.D.; JAMES G.** | § | |
| **SPRINGFIELD; ERIC SIX, M.D.;** | § | |
| **ALEJANDRO BETANCOURT, M.D.;** | § | |
| **AND CHRISTOPHER HANSEN, M.D.,** | § | |
| **Defendants.** | § | |

## CONSENT OF REMOVAL

Defendants Ben M. McKibbens, Eric Six, M.D., Alejandro Betancourt, M.D.; and

Christopher Hansen, M.D. (expressly reserving all of their rights otherwise to respond to this

lawsuit) file this consent to and joinder in Defendants Valley Baptist Medical Center, and James

G. Springfield's removal of this action from the 103rd Judicial District Court of Cameron

County, Texas, and docketed as Case No. 2004-06-2891-D, to the United States District Court

for the Southern District of Texas, Brownsville Division.  There are no other Defendants named

in this case.

Signed the 3 0 th day of June, 2004.

Respectfully submitted,

_Ben M. McKibbens_ (signature)

Ben M. McKibbens

_____

Eric Six, M.D.

30739699.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **MADHAVAN PISHARODI** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **C.A. NO.** _____ |
| | § | |
| **VALLEY BAPTIST MEDICAL CENTER,** | § | |
| **BEN M. McKIBBENS, M.D.; JAMES G.** | § | |
| **SPRINGFIELD; ERIC SIX, M.D.;** | § | |
| **ALEJANDRO BETANCOURT, M.D.;** | § | |
| **AND CHRISTOPHER HANSEN, M.D.,** | § | |
| **Defendants.** | § | |

## CONSENT OF REMOVAL

Defendants Ben M. McKibbens, Eric Six, M.D., Alejandro Betancourt, M.D.; and

Christopher Hansen, M.D. (expressly reserving all of their rights otherwise to respond to this

lawsuit) file this consent to and joinder in Defendants Valley Baptist Medical Center, and James

G. Springfield's removal of this action from the 103rd Judicial District Court of Cameron

County, Texas, and docketed as Case No. 2004-06-2891-D, to the United States District Court

for the Southern District of Texas, Brownsville Division. There are no other Defendants named

in this case.

Signed this the 12th day of ~~June~~ July, 2004.

Respectfully submitted,

_____
Ben M. McKibbens

_____
Eric Six, M.D.

30739699.1

_____

Alejandro Betancourt, M.D.


_____

Christopher Hansen, M.D.


_____

David G. Oliveira
State Bar No. 15254675
Federal I.D. No. 13862
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016
and
A.J. Harper II
State Bar No. 09031000
Federal I.D. No. 5158
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Attorneys-in-Charge for Defendants Valley
Baptist Medical Center, and James G.
Springfield

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.
And
ROERIG, OLIVEIRA & FISHER, L.L.P.

30739699.1

2

_____
Alejandro Betancourt, M.D.

_____
Christopher Hansen, M.D.

_____
David G. Oliveira
State Bar No. 15254675
Federal I.D. No. 13862
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016
and
A.J. Harper II
State Bar No. 09031000
Federal I.D. No. 5158
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Attorneys-in-Charge for Defendants Valley
Baptist Medical Center, and James G.
Springfield

OF COUNSEL:
FULBRIGHT & JAWORSKI L.P.

_____
Alejandro Betancourt, M.D.


_____
Christopher Hansen, M.D.



_____
David G. Oliveira
   State Bar No. 15254675
   Federal I.D. No. 13862
855 W. Price Road, Suite 9
Brownsville, Texas  78520
Telephone:  (956) 542-5666
Telecopier:  (956) 542-0016
and
   A.J. Harper II
   State Bar No. 09031000
   Federal I.D. No. 5158
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
Attorneys-in-Charge for Defendants Valley
Baptist Medical Center, and James G.
Springfield

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.
And
ROERIG, OLIVEIRA & FISHER, L.L.P.

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on this the 13th day of June, 2004, via United States mail, certified, return receipt requested, to the following as listed below:

Mr. Ed Stapleton
306 North Highway 377
Argyle, Texas 76226

Mr. Ben M. McKibbens
5556 Moog Lane
Point Clear, Alabama 36564

Eric Six, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Alejandro Betancourt, M.D.
2121 Pease Street
Harlingen, Texas 7850

Christopher Hansen, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Dennis Sanchez
SANCHEZ, WHITTINGTON,
  JANIS & ZABARTE, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78520

_David G. Oliveira_
David G. Oliveira

United States District Court
Southern District of Texas
FILED

JUL 1 3 2004

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MADHAVAN PISHARODI | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. **B-04-119** |
| | § | |
| VALLEY BAPTIST MEDICAL CENTER, | § | |
| BEN M. McKIBBENS, M.D.; JAMES G. | § | |
| SPRINGFIELD; ERIC SIX, M.D.; | § | |
| ALEJANDRO BETANCOURT, M.D.; | § | |
| AND CHRISTOPHER HANSEN, M.D., | § | |
| Defendants. | | |

## CONSENT OF REMOVAL

Defendants Ben M. McKibbens, Eric Six, M.D., Alejandro Betancourt, M.D.; and

Christopher Hansen, M.D. (expressly reserving all of their rights otherwise to respond to this

lawsuit) file this consent to and joinder in Defendants Valley Baptist Medical Center, and James

G. Springfield's removal of this action from the 103rd Judicial District Court of Cameron

County, Texas, and docketed as Case No. 2004-06-2891-D, to the United States District Court

for the Southern District of Texas, Brownsville Division. There are no other Defendants named

in this case.

Signed the 3 0 day of June, 2004.

Respectfully submitted,

_____

Ben M. McKibbens

_____

Eric Six, M.D.

30739699.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MADHAVAN PISHARODI | § | |
| | § | |
| Plaintiff, | § | |
| | § | **B - 0 4 - 1 1 9** |
| v. | § | C.A. NO. _____ |
| | § | |
| VALLEY BAPTIST MEDICAL CENTER, | § | |
| BEN M. McKIBBENS, M.D.; JAMES G. | § | |
| SPRINGFIELD; ERIC SIX, M.D.; | § | |
| ALEJANDRO BETANCOURT, M.D.; | § | |
| AND CHRISTOPHER HANSEN, M.D., | § | |
| Defendants. | | |

## CONSENT OF REMOVAL

Defendants Ben M. McKibbens, Eric Six, M.D., Alejandro Betancourt, M.D.; and Christopher Hansen, M.D. (expressly reserving all of their rights otherwise to respond to this lawsuit) file this consent to and joinder in Defendants Valley Baptist Medical Center, and James G. Springfield's removal of this action from the 103rd Judicial District Court of Cameron County, Texas, and docketed as Case No. 2004-06-2891-D, to the United States District Court for the Southern District of Texas, Brownsville Division. There are no other Defendants named in this case.

Signed this the 12ᵗʰ day of July, 2004.

Respectfully submitted,

_____
Ben M. McKibbens

_____
Eric Six, M.D.

30739699.1

_____
Alejandro Betancourt, M.D.


_____
Christopher Hansen, M.D.


_____
   David G. Oliveira
   State Bar No. 15254675
   Federal I.D. No. 13862
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016
and
   A.J. Harper II
   State Bar No. 09031000
   Federal I.D. No. 5158
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Attorneys-in-Charge for Defendants Valley
Baptist Medical Center, and James G.
Springfield

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.
And
ROERIG, OLIVEIRA & FISHER, L.L.P.

30739699.1

2

_____

Alejandro Betancourt, M.D.

_____

Christopher Hansen, M.D.

_____

    David G. Oliveira
    State Bar No. 15254675
    Federal I.D. No. 13862
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016
and
    A.J. Harper II
    State Bar No. 09031000
    Federal I.D. No. 5158
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Attorneys-in-Charge for Defendants Valley
Baptist Medical Center, and James G.
Springfield

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.
And
ROERIG, OLIVEIRA & FISHER, L.L.P.

30739699.1

2

_____

Alejandro Betancourt, M.D.


_____

Christopher Hansen, M.D.


_David G. Oliveira_ (signature)
_____

David G. Oliveira
State Bar No. 15254675
Federal I.D. No. 13862
855 W. Price Road, Suite 9
Brownsville, Texas  78520
Telephone:  (956) 542-5666
Telecopier:  (956) 542-0016
and
A.J. Harper II
State Bar No. 09031000
Federal I.D. No. 5158
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
Attorneys-in-Charge for Defendants Valley
Baptist Medical Center, and James G.
Springfield

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.
And
ROERIG, OLIVEIRA & FISHER, L.L.P.

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on this the ⟨13th⟩ day of June, 2004, via United States mail, certified, return receipt requested, to the following as listed below:

Mr. Ed Stapleton
306 North Highway 377
Argyle, Texas 76226

Mr. Ben M. McKibbens
5556 Moog Lane
Point Clear, Alabama 36564

Eric Six, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Alejandro Betancourt, M.D.
2121 Pease Street
Harlingen, Texas 7850

Christopher Hansen, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Dennis Sanchez
SANCHEZ, WHITTINGTON,
 JANIS & ZABARTE, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78520

_David G. Oliveira_
David G. Oliveira

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUL 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **MADHAVAN PISHARODI** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | C.A. NO. **B-04-119** |
| | § | |
| **VALLEY BAPTIST MEDICAL CENTER,** | § | |
| **BEN M. McKIBBENS, M.D.; JAMES G.** | § | |
| **SPRINGFIELD; ERIC SIX, M.D.;** | § | |
| **ALEJANDRO BETANCOURT, M.D.;** | § | |
| **AND CHRISTOPHER HANSEN, M.D.,** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS' INDEX OF MATTERS BEING FILED**

As required under Local Rule 81, the following is a list of the documents being filed with

the Notice of Removal in this action:

1.  Copy of Plaintiff's Original Petition and a copy of Defendants' Original Answer, which constitute all pleadings asserting causes of action and all answers to such pleadings;

2.  All executed process in the case;

3.  Certified copy of the State Court Docket Sheet;

4.  The State Court Notice of Filing of Removal;

5.  This Index of Matters Being Filed; and

6.  A list of all counsel of record, including addresses, telephone numbers and parties represented.

The state court has not signed any orders in this case.

Signed this the 13th day of July 2004.

30740605.1

1

Respectfully submitted,

By _David & Oliveira_____

    David G. Oliveira
    State Bar No. 15254675
Federal I.D. No. 13862
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

And

    A.J. Harper II
    State Bar No. 09031000
    Federal I.D. No. 5158
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Attorney-in-Charge for Defendants, Valley Baptist Medical Center and James G. Springfield

OF COUNSEL:
ROERIG, OLIVEIRA & FISHER, L.L.P.
FULBRIGHT & JAWORSKI L.L.P.

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on this the 13th day of June, 2004, on the following, via United States mail certified, return receipt requested: *July*

Mr. Ed Stapleton
Attorney at Law
306 North Highway 377, Suite B
Argyle, Texas 76226

Mr. Ben M. McKibbens
5556 Moog Lane
Point Clear, Alabama 36564

Eric Six, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Alejandro Betancourt, M.D.
2121 Pease Street
Harlingen, Texas 7850

Christopher Hansen, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Dennis Sanchez
SANCHEZ, WHITTINGTON,
 JANIS & ZABARTE, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78520

David G. Oliveira

FILED ___9:15___ O'CLOCK __A__M
AURORA DE LA GARZA DIST. CLERK

JUN 0 2 2004

DISTRICT COURT OF CAMERON COUNTY, TEXAS
Reynaldo _____ DEPUTY

CAUSE No. _2004·06·2891· D_

| | | |
|---|---|---|
| MADHAVAN PISHARODI, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| vs. | § | _103rd_ JUDICIAL DISTRICT |
| | § | |
| VALLEY BAPTIST MEDICAL | § | |
| CENTER; BEN M. McKIBBENS, | § | |
| M.D.; JAMES G. SPRINGFIELD; | § | |
| ERIC SIX, M.D.; ALEJANDRO | § | |
| BETANCOURT, M.D.; AND | § | |
| CHRISTOPHER HANSEN, M.D., | § | |
| Defendants. | § | CAMERON COUNTY, TEXAS |

### PLAINTIFF, MADHAVAN PISHARODI'S, ORIGINAL COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Madhavan Pisharodi, hereinafter called Plaintiff, complaining of and about Valley Baptist Medical Center; Ben M. Mckibbens, M.D.; James G. Springfield; Eric Six, M.D.; Alejandro Betancourt, M.D.; and Christopher Hansen, M.D., hereinafter called Defendants, and for cause of action shows unto the Court the following:

### PARTIES AND SERVICE

1.  Plaintiff Madhavan Pisharodi, ("Pisharodi" or "Plaintiff")is a citizen of the United States and the State of TX and resides in Cameron County, TX.

2.  Defendant Valley Baptist Medical Center ("VBMC") is a health care facility incorporated in Texas and organized under the laws of the State Texas.  Service of process may be effected by serving the Chief Operating Officer of the corporation, James G. Springfield, at 2101 Pease Street, Harlingen, Texas 78551-

MADHAVAN PISHARODI VS. VALLEY BAPTIST MEDICAL CENTER, ET AL.
PLAINTIFF'S ORIGINAL COMPLAINT



1

SCANNED

JUN 0 7 2004

2588. Service of said Defendant, as described above, can be effected by certified mail, return receipt requested.

3.    Defendant Ben M. McKibbens, M.D. ("McKibbens"), an individual, is a resident of the State of Texas, and may be served at his office at the following address: 2101 Pease Street, Harlingen, Texas 78551. Service of said Defendant, as described above, can be effected by certified mail, return receipt requested.

4.    Defendant James G. Springfield ("Springfield"), an individual, is a resident of the State of Texas, and may be served at his office at the following address: 2101 Pease Street, Harlingen, Texas 78551-2588. Service of said Defendant, as described above, can be effected by certified mail, return receipt requested.

5.    Defendant Eric Six ("Six"), M.D. an individual, is a resident of the State of Texas, and may be served at his office at the following address: 2101 Pease Street, Harlingen, Texas 78551-2588. Service of said Defendant, as described above, can be effected by certified mail, return receipt requested.

6.    Defendant Alejandro Betancourt ("Betancourt"), an individual, is a resident of the State of Texas, and may be served at his office at the following address: 2121 Pease Street, Harlingen, Texas 78550. Service of said Defendant, as described above, can be effected by certified mail, return receipt requested.

**SCANNED**    2
JUN 0 7 2004

7.    Defendant Christopher Hansen ("Hansen"), M.D., an individual, is a resident of the State of Texas, and may be served at his office at the following address: 2101 Pease Street, Harlingen, Texas 78551-2588.  Service of said Defendant, as described above, can be effected by certified mail, return receipt requested.

## JURISDICTION

8.    The action arises under the following federal statutes:

(a)  Title 42 U.S.C. § 2000e et. seq;

(b)  Title 42 U.S.C. § 1981; and

(c)  Title 42 U.S.C. § 9918,

as hereinafter more fully appears.

9.    This Court has supplemental jurisdiction over state law claims discussed below under 28 U.S.C. Section 1367(a) because they arise out of the same case or controversy.

## NATURE OF ACTION

10.   This is an action under Title 42 U.S.C. Section 2000e et. seq. as amended by the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of national origin.

## CONDITIONS PRECEDENT

11.   All conditions precedent to jurisdiction have occurred or been complied with:  a charge of discrimination was filed with the Equal Employment Opportunity Commission within three-hundred days of the acts complained of herein and Plaintiff's Complaint is filed within ninety days of Plaintiff's receipt of the Equal

SCANNED

JUN 0 7 2004

Employment Opportunity Commission's issuance of a right to sue letter.

**CASE SUMMARY**

12.  **Plaintiff Madhavan Pisharodi** ("**Pisharodi**"; pronounced P˘·shar'·dee) is a Texas Board Certified neurosurgeon who maintains active practices in Brownsville, Harlingen, and Mission, Texas. He is an Assistant Professor of Neurosurgery at University of Texas Medical Branch, Galveston.  Dr. Pisharodi is an accomplished researcher and developer of neurosurgical technology.  Given Plaintiff's professional qualifications and patient success rate, Plaintiff should have enjoyed the same financially prosperous practice on VBMC's neurosurgical staff and First Response Team as have the other members of that neurosurgical staff; Plaintiff should have enjoyed the same successful neurosurgical practice at VBMC, as enjoyed by the other members of that neurosurgical staff, uncomplicated by unreasonable, often irrational, and at all times irresponsible obstacles.

13.  Dr. Pisharodi, however, a person of Indian ethnicity, who still maintains close ties with his native country, has not enjoyed the same success and prosperity as his VBMC neurosurgical colleagues, among them, Defendants Dr. Six and Dr. Betancourt. Instead, Dr. Pisharodi has been forced to deal with relentless hostility and unreasonable encumbrances in the performance of his professional duties.  Defendants have subjected Plaintiff to needless, harassing peer reviews; they have published untrue,

**SCANNED**

JUN 0 7 2004

defamatory statements about him; they have interfered with his patients and hospital contracts; and, in many ways, have actively sought to demean Plaintiff's competence and professional integrity and reputation.  These obstacles and attacks have been the product of the openly announced objective of Defendants to oust Dr. Pisharodi from the hospital and ruin his career.

14.  Plaintiff believes Defendant Dr. Six to be a driving force of this hostility and aggressive interference with Plaintiff's practice and career.  Dr. Six has been known to use racial slurs in the company of Dr. Pisharodi's colleagues. Regretfully, Plaintiff calls attention to the fact that Dr. Six was born, raised, and educated in a country ruled by white Africans who imposed legal inequality and subservience upon Indians.  It is also the case that Dr. Six exerts considerable political and charismatic influence over not only the neurosurgical staff, but the administration of VBMC, generally. In this context, Defendant VBMC has seen fit to ignore Plaintiff's frequent complaints and to look the other way while Defendants have subjected Plaintiff to intolerable, destructive, and racially motivated interference with his medical practice.

### FACTS

15.  Defendants' pattern of discriminatory behavior toward Plaintiff has been consistent and continuous over many years.

16.  Defendants blocked Dr. Pisharodi from obtaining privileges at VBMC.  Qualification for privileges at VBMC requires naming a back up physician from a like medical



SCANNED

JUN 0 7 2004

specialty.  Dr. Six refused to allow Pisharodi to name him as backup, while he offered his support to other competing practices.

17.  Defendants made threats, through others, to destroy Plaintiff's professional practice.  At the urging of Dr. Six, another local physician relayed to Dr. Pisharodi that if Pisharodi opened a practice in Harlingen or applied to Defendant VBMC for privileges, Dr. Six would do everything possible to destroy that practice.  To the best of Plaintiff's information and belief, Dr. Six made no such threats to other competing neurosurgeons.

18.  During Plaintiff's application for privileges at Defendant VBMC, Defendants made false accusations that Plaintiff caused the death of a six-year-old patient and that Plaintiff was being investigated by Valley Regional Medical Center for malpractice.  These false accusations resulted in an unfounded wrongful death suit being filed against Plaintiff.

19.  Because of racial resentment and discrimination against Plaintiff, Defendants delayed credentialing of another physician, at Defendant VBMC, for whom Plaintiff was to provide required backup.

20.  Defendants made false accusations that Plaintiff did not fulfill responsibilities of covering Emergency Room patients at Brownsville Medical Center.  This resulted in a second denial of privileges to Plaintiff at Defendant VBMC.  Plaintiff was then further humiliated, personally and professionally, by being

SCANNED

JUN 0 7 2004

required, by Defendants, to provide written proof from
Brownsville Medical Center that Plaintiff had not been dilatory
in his Emergency Room responsibilities.

21.  Defendants violated VBMC bylaws by granting Plaintiff
only provisional privileges upon Plaintiff's first appointment.
Privileges granted Plaintiff were on a six-month provisional
basis while Defendant VBMC bylaws specifically require initial
appointments to be for one year or longer.  At the same time,
Defendants granted privileges for a one year period to another
neurosurgeon, not of Indian descent.  Said privileges were
phrased in intimidating terms, placing Plaintiff under close
scrutiny, in a manner not directed to other VBMC physicians.

22.  Plaintiff's privileges at Defendant VBMC were not
renewed at the end of the six-month provisional period.

23.  Defendants kept Plaintiff off Emergency Room call list
for an entire year, even though Plaintiff had a valid contract to
participate on the First Response Team and be paid for
performance of Emergency Room duties.  As a consequence,
Plaintiff was denied per diem income from emergency Room service
and was also the denied the income from new patient referrals
associated with that service.

24.  Defendants issued a letter of reprimand to Plaintiff
for sending a pediatric neurosurgery patient, admitted to VBMC
Emergency Room, to Driscoll Children's Hospital, although
Plaintiff had done so for lack of qualified care available.  All

**SCANNED**

JUN 0 7 2004

other physicians at Defendant VBMC enjoy the freedom to choose which consultations they accept or refuse.

24.  Defendants denied privileges to Plaintiff's family nurse practitioner to assist Plaintiff with rounds and patient care at Defendant VBMC, although Defendants were provided with sufficient documentation in support of her experience and ability.

25.  Defendants denied privileges, on false premises, to Plaintiff's colleague to perform intraoperative monitoring. Although Dr. Pisharodi's colleague is certified to do intraoperative monitoring for spine surgeries, and does so for Plaintiff at other hospitals, Defendant VBMC refused to process the application for privileges, stating ignorance of such a function.  It is the case, however, that other physicians do perform such function at Defendant VBMC.

26.  Defendants countermanded instructions from Chief of Staff to include Plaintiff in Emergency Room call schedule. Although Plaintiffs hospital privileges and First Response Team contract made him eligible for Emergency Room duty, Defendants denied Plaintiff inclusion in the schedule.  This exclusion resulted in Plaintiff's loss of Emergency Room per diem income, as well as income from Emergency Room patient referrals.

27.  Defendants attempted to bribe another physician to drop his backup coverage of Plaintiff in order to prevent Plaintiff from seeing Emergency Room patients.  Without backup, physicians are ineligible for Emergency Room duty.

SCANNED
JUN 0 7 2004

28.   Defendants unilaterally, arbitrarily, and without authority, terminated Plaintiff's valid contract with VBMC to participate on said hospital's First Response Team.

29.   Defendants harassed Plaintiff and deprived Plaintiff of income by refusing to finalize the decision of the hospital board to allow Plaintiff to take Emergency Room calls.

30.   Defendants denied Plaintiff the opportunity to educate VBMC staff about spine surgery technology developed by Plaintiff, for which he received FDA approval.  Plaintiff had been lecturing to interested portions of the medical community, at other locations, but Defendants dismissed Plaintiff's offerings as a subject unworthy for medical education.

31.   At the time Plaintiff was granted privileges at VBMC, he was not given a welcome dinner, as is customary for new appointees at Defendant hospital.

32.   At the welcome dinner for Defendant Dr. Betancourt, Defendants openly discussed a plan to oust Plaintiff from VBMC utilizing allegations of EMTALA violations regarding transfer of trauma patients from McAllen to Harlingen.  Defendant physicians viewed this plot as a means to financial gain by affording the them additional on-call dates.

33.   Defendants falsely informed the medical director at VBMC that Plaintiff had made a trip to India without securing backup coverage for Plaintiff's patients.

34.   While Plaintiff was on vacation in India, Defendants falsely accused Plaintiff's nurse practitioner of discharging a

patient, an act, on the nurse practitioner's part, of the unlicenced practice of medicine.  This false accusation resulted in the suspension of Plaintiff's nurse practitioner and left Plaintiff without assistance with his hospital patience. Furthermore, the Chief of Staff at Defendant hospital issued a letter of reprimand to Plaintiff for "inappropriate usage" of his nurse practitioner.

35.  While Plaintiff was on vacation in India, Defendants transferred care of Plaintiff's surgical patient to the care of Defendant Betancourt.  Betancourt then discharged this patient and falsely accused Plaintiff's nurse practitioner of ordering the discharge.  Discharge of the subject patient was ultimately rescinded by an internist who was treating the patient for infection.

36.  Defendants arbitrarily reduced Plaintiff's scheduled on-call days and redistributed them to Defendant Betancourt, in net effect, nearly doubling Betancourt's on-call days at the unfounded expense of Plaintiff.

37.  Defendants denied hospital privileges to two competent neurosurgeons who had arranged to provide reciprocal Emergency Room backup to Plaintiff.  The subject neurosurgeons have obtained privileges at all other Valley area hospitals.

38.  In the midst of Plaintiff's on-call schedule for June, 2002, Defendants removed Plaintiff from said schedule, allegedly for lack of backup coverage, while Defendants had remained on the on-call schedule without backup for more than a year.


SCANNED

JUN 0 7 2004

39.  Defendants ran an aggressive billboard and newspaper ad campaign to promote Defendant VBMC's neurosurgical department. Plaintiff was conspicuously omitted from this advertising.

40.  Prior to a planned vacation to India, Plaintiff had requested not to be assigned to Emergency Room duty close to his departure date.  Plaintiff's intention was to avoid leaving critical care patients without his oversight.  Defendants deliberately ignored Plaintiff's requests, leaving Plaintiff to frantically search for backup coverage to within hours of his scheduled departure.

41.  On or about January 9, 2003, Plaintiff wrote to Defendants, at length, recounting the long history of discriminatory and harassing conduct at the hands of Defendants. Plaintiff's complaints were only superficially addressed by Defendants and were otherwise ignored.

42.  Defendants refused to allow Plaintiff a convenient Emergency Room schedule so that Plaintiff could host a professional conference regarding treatment of back pain

43.  Defendants have subjected Plaintiff to numerous unnecessary and unfounded case reviews.  These reviews have been a source of undue anguish for Plaintiff, as well as embarrassment and defamation of Plaintiff's reputation and professionalism.

## NATIONAL ORIGIN DISCRIMINATION

44.  Defendant, Valley Baptist Medical Center, by and through Defendant's agents, intentionally engaged in unlawful

SCANNED    11

JUN 0 7 2004

employment practices involving Plaintiff because of his national origin.

45. Defendant, VBMC, by and through Defendant's agents, intentionally discriminated against Plaintiff in connection with the compensation, terms, conditions and privileges of employment or limited, segregated or classified Plaintiff in a manner that would deprive or tend to deprive him of any employment opportunity or adversely affect his status because of Plaintiff's national origin in violation of 42 U.S.C. Section 2000e (2)(a)(1), which provides, in pertinent part -

> It shall be an unlawful employment practice for an employer -
>
> (1) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin; 42 U.S.C. § 2000e(2)(a)(1)

Said statute continues:

> (2) or...to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise or adversely affect his status an employee, because of such individual's race, color, religion, sex, or national origin. 42 U.S.C. § 2000e(2)(a)(2) [Emphasis added.]

46. Defendant, VBMC, by and through Defendant's agents, intentionally classified Plaintiff in a manner that deprived him of an equal employment opportunity that was provided to employees similarly situated in violation of 42 U.S.C. Section 2000e (2)(a)(2), as cited in paragraph 45, above.

SCANNED 12

JUN 0 7 2004

47.    Defendants intentionally and knowingly discriminated against Plaintiff in connection with Plaintiff's contracts with Defendant hospital regarding Plaintiff's membership and participation on said hospital's First Response Team, in a manner that would deprive or tend to deprive him of any contractual opportunity or adversely affect his contractual status because of Plaintiff's national origin in violation of 42 U.S.C. § 1981, which provides, in pertinent part –

Equal Rights Under the Law

(a)    Statement of equal rights

All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts...and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.
(b) "Make and enforce contracts" defined

For purposes of this section, the term Make and enforce contacts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.
(c) Protection against impairment

The rights protected by this section are protected against impairment by *nongovernmental discrimination* and impairment under color of State law. 42 U.S.C. § 1981 [Emphasis added.]

47.    Plaintiff alleges that Defendant, VBMC, by and through Defendant's agents, discriminated against Plaintiff on the basis of national origin with malice or with reckless indifference to the state-protected rights of Plaintiff.


SCANNED
JUN 0 7 2004

## RESPONDEAT SUPERIOR AND RATIFICATION

48.   Whenever in this complaint it is alleged that the Defendant, Valley Baptist Hospital, did any act or thing, it is meant that the Defendant's officers, agents, servants, employees or representatives did such act and/or that at that time such act was done, it was done with the full authorization or ratification of the Defendant or was done in the normal and routine course and scope of employment of Defendant's officers, agents, servants, employees, or representatives.

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND NEGLIGENCE BY DEFENDANTS McKIBBENS, SPRINGFIELD, SIX, BETANCOURT, AND HANSEN

49.   As described above, Defendants McKibbens, Springfield, Six, Betancourt, and Hansen intentionally inflicted emotional distress on Plaintiff.  Defendant's conduct was extreme and outrageous and proximately caused Plaintiff severe emotional distress.  Moreover, Plaintiff suffered damages for which Plaintiff herein sues.

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND NEGLIGENCE BY VALLEY BAPTIST HOSPITAL

50.   As described above, Defendant Valley Baptist Hospital owed a legal duty of ordinary care to Dr. Pisharodi, as would be demonstrated by a reasonably prudent hospital in the same or similar circumstances.  Defendant breached this duty which proximately caused injury to Plaintiff.  Plaintiff seeks all available damages for injuries caused by Defendant's negligence.



SCANNED

JUN 0 7 2004

## DAMAGES

51.  Plaintiff sustained the following damages as a result of the actions and/or omissions of Defendants described hereinabove:

      a.    Actual damage to Dr. Pisharodi's profession, business and reputation;

      b.    All reasonable and necessary Attorney's fees incurred by or on behalf of Plaintiff;

      c.    All reasonable and necessary costs incurred in pursuit of this suit;

      d.    Emotional pain;

      e.    Expert fees as the Court deems appropriate;

      f.    Mental anguish in the past;

      g.    Mental anguish in the future;

      h.    Loss of earnings in the past; and

      i.    loss of earning capacity in the future.

## EXEMPLARY DAMAGES

52.  Plaintiff would further show that the acts and omissions of Defendants complained of herein were committed with malice or reckless indifference to the protected rights of the Plaintiff.  In order to punish said Defendants for engaging in unlawful business practices and to deter such actions and/or omissions in the future, Plaintiff also seeks recovery from Defendants for exemplary damages.

SCANNED

JUN 0 7 2004

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Madhavan Pisharodi, respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; exemplary damages, as addressed to each Defendant, together with interest as allowed by law; costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

By: _____
Ed Stapleton
Attorney-in-Charge
Texas Bar No. 19058400
Southern District Bar No: 1501
306 North Highway 377
Argyle, Texas  76226
Tel. (940)464-2500
Fax. (940)464-6050
Attorney for Plaintiff
Madhavan Pisharodi

SCANNED

JUN 0 7 2004

# ED STAPLETON, LAWYER

306 N. HIGHWAY 377, SUITE B
ARGYLE, TEXAS 76226
PHONE: (940) 464-2500    FAX: (940) 464-6050

May 28, 2004

Aurora De La Garza
District Clerk
Cameron County Courthouse
964 East Harrison
Brownsville, Texas 78520

      RE:    *Madhavan Pisharodi vs. Valley Baptist Medical Center; Ben M. McKibbens,*
              *M.D., James G. Springfield; Eric Six, M.D.; Alejandro Betancourt, M.D.; and*
              *Christopher Hansen, M.D.*

Dear Ms. De La Garza:

      Please find enclosed an original and one copy, for filing with the court, of Madhavan Pisharodi's Original Petition regarding the above-named matter. Please also issue citations for each of the defendants. A copy of the petition is included for each of the six (6) defendants. Check No. 1234, in the amount of $228.00, is enclosed in payment of the fees for filing and issuance of the citations.

      An extra copy of the petition is also enclosed. Please file-mark and return with the citations in the self-addressed, stamped envelope provided.

      Additionally, I would greatly appreciate your sending, with the return of the other documents, a copy of the Local Rules of Court and of any special requirements of the court to which this cause is assigned.

      Thank you for your attention and kind assistance in these matters. Should you have any questions, please feel free to call me at (940) 464-2500.

      Sincerely,

Irwin G. Gross
Paralegal to Ed Stapleton

**SCANNED**

JUN 0 7 2004

# Aurora De La Garza

Cameron County District Clerk
974 E. Harrison Street
Brownsville, Texas 78520
Office (956) 544-0838    Fax (956) 544-0841

## MEMORANDUM

To Filing Clerk: _Ezequiel_    Date: _6/2/04_

Cause No: _2004·06·2891·D_

**Please Prepare:**                ☐ Change Court to _____
☐ Folder  ☐ Confidential    Continuing Jurisdiction in Cause No. _____

Attorney Name: _Ed Stapleton_    ID# _____

☐ Need File    ☐ Motion: _____ Filed

☑ Cit/Prec/Writ: _6_    Issued: _6/2/04_    Shf/Atty/CM: _____ $ _____

☐ Cit/Prec/Writ: _____    Issued: _____    Shf/Atty/CM: _____ $ _____

☐ Date Bond Approved: _6/2/04_    $4.00    Other: _____

Deposit $ _228.00_  _pd on_  Paid On: _6/2/04_    By: _Ed Stapleton_

Jury Fee $ _____    Paid On: _____    By: _____

Reviewed by: _____    Return to: _R. Lopez Jr._
                    Deputy                    Deputy

---

To Court Clerk: _____    _____ District Court    Date: _____

**Please present to Judge:**
☐ Order    ☐ TRO    ☐ Protective Order

☐ Issue Process    ☐ Make D.E.    ☐ Make notation on Order of process issued.

☐ Give to    ☐ Sheriff    ☐ Attorney    ☐ Other

☐ Send copies to attorneys or parties entitled to copy.

☐ After issuing service, return to Main Office for Folder and Docket Entry

☐ Transfer to Jury Docket:
    Jury Fee Paid by _____    On _____

☐ Other _____
_____

**SCANNED**

By: _____    JUN 0 7 2004

Deputy

CAUSE NO. 2002-07-2649-D

| | | |
|---|---|---|
| MADHAVAN PISHARODI, M.D. | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 103RD JUDICIAL DISTRICT |
| | § | |
| ERIC SIX, M.D. AND | § | |
| ALEJANDRO J. BETANCOURT, M.D. | § | CAMERON COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ALEJANDRO J. BETANCOURT, M.D., one of the named defendants, and files this his Original Answer to Plaintiff's Original Petition filed by Madhavan Pisharodi, M.D., and by way of answer and defense would respectfully show unto the Court as follows:

I.

This Defendant denies each and every, all and singular, the allegations set forth in Plaintiff's Original Petition, and demands strict proof thereof.

WHEREFORE, premises considered, Defendant, Alejandro J. Betancourt, M.D., prays that Plaintiff be denied the recovery sought, and that this Defendant be granted his court costs, and such other and further relief, both at law and in equity, to which he may be justly entitled.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 -- Telephone
(956) 546-3765 or 546-3766 -- Telecopier

By: _____
Dennis Sanchez
State Bar No. 17569600
ATTORNEY FOR DEFENDANT
ALEJANDRO J. BETANCOURT, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Answer has been served upon opposing counsel, Horacio L. Barrera, 1201 E. Van Buren Street, Brownsville, Texas 78520, by certified mail, return receipt requested, with postage fully prepaid, on this _2.5_ day of July, 2002.

Dennis Sanchez

FILED __:__ O'CLOCK __M
AURORA DE LA GARZA DIST. CLERK

JUN 3 0 2004

DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

CAUSE NO. 2004-06-2891-D

| | | |
|---|---|---|
| MADHAVAN PISHARODI, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| VALLEY BAPTIST MEDICAL CENTER; | § | |
| BEN M. McKIBBENS, M.D.; JAMES G. | § | 103RD JUDICIAL DISTRICT |
| SPRINGFIELD; ERIC SIX, M.D.; | § | |
| ALEJANDRO BETANCOURT, M.D.; AND | § | |
| CHRISTOPHER HANSEN, M.D., | § | |
| | § | |
| Defendants. | § | CAMERON COUNTY, TEXAS |

## VALLEY BAPTIST MEDICAL CENTER AND JAMES G. SPRINGFIELD'S AFFIRMATIVE AND OTHER DEFENSES AND ANSWER

Now Comes Valley Baptist Medical Center and James G. Springfield, two of the Defendants, and file their Affirmative and Other Defenses and Answer to Plaintiff's Petition.

## AFFIRMATIVE AND OTHER DEFENSES

1.     Plaintiff's Petition fails to state a cause of action upon which relief can be granted against these Defendants.

2.     Plaintiff's complaints are barred in whole or in part by the applicable statutes of limitation.

3.     Plaintiff's Title VII claim is barred insofar as it asserts matters (i) occurring more than 300 days prior to the filing of his underlying charge of discrimination and (ii) outside the scope of his underlying charge of discrimination.

4.     Plaintiff's Title VII claim is precluded in that there is no employer-employee relationship between Plaintiff and any of the Defendants.

5.     Plaintiff has failed to mitigate his damages, if any, as required by law.

30737756.1

6.     An award of exemplary damages under the facts and circumstances of this case would violate the Fourteenth Amendment to the United States Constitution and article I, sections 13 and 19 of the Constitution of the State of Texas.

## GENERAL DENIAL

Subject to the foregoing affirmative and other defenses, Defendants assert a General Denial as is authorized by Rule 92 of the Texas Rules of Civil Procedure, and respectfully request that the Plaintiff be required to prove his charges and allegations against Defendants by a preponderance of the evidence as is required by the Constitution and laws of the State of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully pray that Plaintiff take nothing by his suit, that they recover their costs of suit and reasonable attorneys' fees as authorized by statute, and that they have such other and further relief to which they may show themselves justly entitled.

RESPECTFULLY SUBMITTED,

By _David G. Oliveira_

David G. Oliveira
State Bar No. 15254675
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016
And

A. J. Harper II
State Bar No. 09031000
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713-651-5151
Telecopier: 713-651-5246

COUNSEL FOR THE DEFENDANTS,
VALLEY BAPTIST MEDICAL CENTER AND
JAMES G. SPRINGFIELD

## CERTIFICATE OF SERVICE

This document has been served in compliance with Rule 21 of the Texas Rules of Civil Procedure on June 30th, 2004 on:

Mr. Ed Stapleton
Attorney at Law
306 North Highway 377, Suite B
Argyle, Texas 76226

Mr. Ben M. McKibbens
5556 Moog Lane
Point Clear, Alabama 36564

Eric Six, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Alejandro Betancourt, M.D.
2121 Pease Street
Harlingen, Texas 78550

Christopher Hansen, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

David G. Oliveira

Citation for Personal Service  - GENERAL                Lit. Seq. # 5.002.01

No. 2004-06-002891-D

**COPY**

T H E   S T A T E   O F   T E X A S

    NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: VALLEY BAPTIST MEDICAL CENTER
    SERVING CHIEF OPERATING
    OFFICER OF THE CORPORATION
    JAMES G. SPRINGFIELD
    2101 PEASE STREET
    HARLINGEN, TEXAS 78551-2588
the _____DEFENDANT_____, GREETING:

    You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL COMPLAINT

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____COMPLAINT_____ was filed on JUNE 02, 2004 .  A copy of same accompanies this citation.

The file number of said suit being No. 2004-06-002891-D.

The style of the case is:

MADHAVAN PISHARODI
VS.
VALLEY BAPTIST MEDICAL CENTER, ET AL.

Said petition was filed in said court by _____ED STAPLETON_____ (Attorney for _____PLAINTIFF_____ ), whose address is 306 N. HIGHWAY 377, SUITE B ARGYLE, TEXAS  76226                         .

    The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

    Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 2nd day of ___JUNE___, A.D. 2004.

AURORA DE LA GARZA        , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By: *Ray Lopez Jr.*            , Deputy

JUN 14 2004

# CIVIL DOCKET - JUDGE'S ENTRIES

RULE 26-TRCP

CASE NO. 2004-06-002891-D   PAGE: 01

RUN DATE
RUN TIME

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION | MONTH | DAY | YEAR |
|---|---|---|---|---|---|
| | | | DATE OF FILING | | |
| | | | 06 | 02 | 04 |

MADHAVAN PISHARODI

VS

VALLEY BAPTIST MEDICAL CENTER, ET AL.

00706101
ED STAPLETON
306 N. HIGHWAY 377, SUITE B
ARGYLE, TEXAS   76226 0000

(10)
DAMAGES

JURY FEE $

PAID BY

| DATE OF ORDERS | COURT'S DOCKET (Rule 26, TRCP) |
|---|---|

CAUSE NO. 2004-06-2891-D

| | | |
|---|---|---|
| MADHAVAN PISHARODI, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| VALLEY BAPTIST MEDICAL CENTER; | § | |
| BEN M. McKIBBENS, M.D.; JAMES G. | § | 103RD JUDICIAL DISTRICT |
| SPRINGFIELD; ERIC SIX, M.D.; | § | |
| ALEJANDRO BETANCOURT, M.D.; AND | § | |
| CHRISTOPHER HANSEN, M.D., | § | |
| | § | |
| Defendants. | § | CAMERON COUNTY, TEXAS |

## DEFENDANTS' NOTICE OF FILING OF REMOVAL

Please take notice that Defendants Valley Baptist Medical Center and James G. Springfield, the only defendants served as of this date, file their Notice of Removal of the above-entitled action from the 103rd Judicial District Court, Cameron County, Texas, Case No. 2004-06-2891-D to the United States District Court for the Southern District of Texas, Brownsville Division, true copies of which are attached hereto and incorporated herein by reference, in said United States District Court.

Signed this the 13th day of July 2004.

Respectfully submitted,

By _David G. Oliveira_
    David G. Oliveira
    State Bar No. 15254675
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

And

30739752.1

A.J. Harper II
State Bar No. 09031000
FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Counsel for Defendants, Valley Baptist Medical
Center and James G. Springfield

## CERTIFICATE OF SERVICE

This document has been served in compliance with Rule 21 of the Texas Rules of Civil Procedure on July 13, 2004 on:

Mr. Ed Stapleton
Attorney at Law
306 North Highway 377, Suite B
Argyle, Texas 76226

Mr. Ben M. McKibbens
5556 Moog Lane
Point Clear, Alabama 36564

Eric Six, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Alejandro Betancourt, M.D.
2121 Pease Street
Harlingen, Texas 7850

Christopher Hansen, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Dennis Sanchez
SANCHEZ, WHITTINGTON,
 JANIS & ZABARTE, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78520

David G. Oliveira

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MADHAVAN PISHARODI | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. _____ |
| | § | |
| VALLEY BAPTIST MEDICAL CENTER, | § | |
| BEN M. McKIBBENS, M.D.; JAMES G. | § | |
| SPRINGFIELD; ERIC SIX, M.D.; | § | |
| ALEJANDRO BETANCOURT, M.D.; | § | |
| AND CHRISTOPHER HANSEN, M.D., | § | |
| Defendants. | § | |

## NOTICE OF REMOVAL

COMES NOW, Defendants Valley Baptist Medical Center and James G. Springfield, the only defendants served as of this date, and pursuant to 28 U.S.C. §1441, file this Notice of Removal of the referenced cause to the United States District Court for the Southern District of Texas, Brownsville Division, and in support respectfully shows the Court the following:

### I.

On June 14, 2004, these Defendants were served with Plaintiff's Original Petition styled Madhavan Pisharodi, Plaintiff v. Valley Baptist Medical Center; Ben M. McKibbens, M.D.; James G. Springfield; Eric Six, M.D.; Alejandro Betancourt, M.D.; and Christopher Hansen, M.D., Defendants, which was filed in the 103rd Judicial District Court of Cameron County, Texas, and docketed as Case No. 2004-06-2891-D. A true and correct copy of the Original Petition is attached. No orders have been signed by the state court judge.

30739638.1

## II.

Plaintiff's cause of action is one over which this Court has original jurisdiction by virtue of 42 U.S.C. § 2000e-5 ("Title VII") and 42 U.S.C. § 1981 and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441, in that Plaintiff alleges that Defendants have violated Title VII and § 1981, both federal statutes (Pl. Orig. Pet. §§ 8, 10, 45, 46, 47).

## III.

This action was filed on or about June 2, 2004 and these Defendants were served process on June 14, 2004. Therefore, this Notice is timely filed pursuant to 28 U.S.C. §1446.

A true and correct copy of Defendants' Notice of Removal will be filed with the District Clerk for the District Courts of Cameron County and served on all parties.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the action now pending in the 103rd Judicial District Court, Cameron County, Texas, as described herein be removed to the United States District Court for the Southern District of Texas, Brownsville Division.

Signed this 13th day of July 2004.

Respectfully submitted,

By _David G. Oliveira_
    David G. Oliveira
    State Bar No. 15254675
    Federal I.D. No. 13862
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016
And
    A.J. Harper II
    State Bar No. 09031000
    Federal I.D. No. 5158
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

30739638.1

Attorneys-in-Charge for Defendants, Valley
Baptist Medical Center and James G.
Springfield

OF COUNSEL:
ROERIG, OLIVEIRA & FISHER, L.L.P.
and
FULBRIGHT & JAWORSKI L.L.P.

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on this the 13th day of ~~June~~ July 2004, via United States mail certified, return receipt requested, to the following listed below:

Mr. Ed Stapleton
Attorney at Law
306 North Highway 377, Suite B
Argyle, Texas 76226

Mr. Ben M. McKibbens
5556 Moog Lane
Point Clear, Alabama 36564

Eric Six, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Alejandro Betancourt, M.D.
2121 Pease Street
Harlingen, Texas 7850

Christopher Hansen, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Dennis Sanchez
SANCHEZ, WHITTINGTON,
  JANIS & ZABARTE, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78520

_David G. Oliveira_
David G. Oliveira

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MADHAVAN PISHARODI | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. **B-04-119** |
| | § | |
| VALLEY BAPTIST MEDICAL CENTER, | § | |
| BEN M. McKIBBENS, M.D.; JAMES G. | § | |
| SPRINGFIELD; ERIC SIX, M.D.; | § | |
| ALEJANDRO BETANCOURT, M.D.; | § | |
| AND CHRISTOPHER HANSEN, M.D., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' INDEX OF MATTERS BEING FILED

As required under Local Rule 81, the following is a list of the documents being filed with

the Notice of Removal in this action:

1.  Copy of Plaintiff's Original Petition and a copy of Defendants' Original Answer, which constitute all pleadings asserting causes of action and all answers to such pleadings;

2.  All executed process in the case;

3.  Certified copy of the State Court Docket Sheet;

4.  The State Court Notice of Filing of Removal;

5.  This Index of Matters Being Filed; and

6.  A list of all counsel of record, including addresses, telephone numbers and parties represented.

The state court has not signed any orders in this case.

Signed this the 13th day of July 2004.

Respectfully submitted,

By _David G. Oliveira_

    David G. Oliveira
    State Bar No. 15254675
Federal I.D. No. 13862
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

And

    A.J. Harper II
    State Bar No. 09031000
    Federal I.D. No. 5158
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Attorney-in-Charge for Defendants, Valley
Baptist Medical Center and James G.
Springfield

OF COUNSEL:
ROERIG, OLIVEIRA & FISHER, L.L.P.
FULBRIGHT & JAWORSKI L.L.P.

30740605.1

2

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on this the 13th day of ~~June~~ *July*, 2004, on the following, via United States mail certified, return receipt requested:

Mr. Ed Stapleton
Attorney at Law
306 North Highway 377, Suite B
Argyle, Texas 76226

Mr. Ben M. McKibbens
5556 Moog Lane
Point Clear, Alabama 36564

Eric Six, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Alejandro Betancourt, M.D.
2121 Pease Street
Harlingen, Texas 7850

Christopher Hansen, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Dennis Sanchez
SANCHEZ, WHITTINGTON,
 JANIS & ZABARTE, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78520

David G. Oliveira

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **MADHAVAN PISHARODI** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | C.A. NO. **B-04-119** |
| | § | |
| **VALLEY BAPTIST MEDICAL CENTER,** | § | |
| **BEN M. McKIBBENS, M.D.; JAMES G.** | § | |
| **SPRINGFIELD; ERIC SIX, M.D.;** | § | |
| **ALEJANDRO BETANCOURT, M.D.;** | § | |
| **AND CHRISTOPHER HANSEN, M.D.,** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS' LIST OF COUNSEL**

As required under Local Rule 81, the following is a list of counsel of record in this case

including addresses, telephone numbers and parties represented in this action:

Attorney for Plaintiff, Madhavan Pisharodi:

> Ed Stapleton
> 306 North Highway 377, Suite B
> Argyle, Texas 76226
> Telephone: (940) 464-2500        Telecopier: (940) 464-6050

Attorneys for Defendants, Valley Baptist Medical Center and James G. Springfield:

> David G. Oliveira
> ROERIG, OLIVEIRA & FISHER, L.L.P.
> 855 W. Price Road, Suite 9
> Brownsville, Texas 78520
> Telephone: (956) 542-5666        Telecopier: (956) 542-0016;
> and
> A.J. Harper II
> FULBRIGHT & JAWORSKI L.L.P.
> 1301 McKinney, Suite 5100
> Houston, Texas 77010-3095
> Telephone: (713) 651-5151        Facsimile: (713) 651-5246

30739881.1

Attorneys for Defendant Alejandro Betancourt, M.D.:

    Dennis Sanchez
    SANCHEZ, WHITTINGTON,
     JANIS & ZABARTE, L.L.P.
    100 N. Expressway 83
    Brownsville, Texas 78520
    Telephone: (956) 546-3731     Telecopier: (956) 546-3765

Signed this the 13th day of ~~June~~ July, 2004.

    Respectfully submitted,

    By _David G. Oliveira_
       David G. Oliveira
       State Bar No. 15254675
    Federal I.D. No. 13862
    855 W. Price Road, Suite 9
    Brownsville, Texas 78520
    Telephone: (956) 542-5666
    Telecopier: (956) 542-0016

    And

       A.J. Harper II
       State Bar No. 09031000
       Federal I.D. No. 5158
    1301 McKinney, Suite 5100
    Houston, Texas 77010-3095
    Telephone: (713) 651-5151
    Facsimile: (713) 651-5246

    Attorney-in-Charge for Defendants, Valley
    Baptist Medical Center and James G.
    Springfield

OF COUNSEL:
ROERIG, OLIVEIRA & FISHER, L.L.P.
FULBRIGHT & JAWORSKI L.L.P.

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on this the 13th day of ~~June~~ July, 2004, on the following, via United States mail certified, return receipt requested:

Mr. Ed Stapleton
306 North Highway 377
Argyle, Texas 76226

Mr. Ben M. McKibbens
5556 Moog Lane
Point Clear, Alabama 36564

Eric Six, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Alejandro Betancourt, M.D.
2121 Pease Street
Harlingen, Texas 7850

Christopher Hansen, M.D.
2101 Pease Street
Harlingen, Texas 78551-2588

Dennis Sanchez
SANCHEZ, WHITTINGTON,
 JANIS & ZABARTE, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78520

_____
David G. Oliveira