IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MADHAVAN PISHARODI, M.D., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-119 |
| | § | (Tagle) |
| VALLEY BAPTIST MEDICAL | § | |
| CENTER; BEN M. McKIBBENS, | § | |
| M.D.; JAMES G. SPRINGFIELD; | § | |
| ERIC SIX, M.D.; ALEJANDRO | § | |
| BETANCOURT, M.D.; AND | § | |
| CHRISTOPHER HANSEN, M.D. | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFFS' CERTIFIED DISCLOSURES OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Courts Order Plaintiff certifies that the only persons, association, etc., that are known to Plaintiffs to be financially interest in the outcome of this litigation are as follows:

**Plaintiff:**

Madhavan Pisharodi, M.D.

**Plaintiff counsel:**

Ed Stapleton, Texas Bar No. 19058400, Southern District Bar No: 1602, 306 North Highway 377, Argyle, Texas 76226, Tel. (940)464-2500, Fax. (940)464-6050.

**Defendants:**

Valley Baptist Medical Center

Ben McKibbens, M.D.

James G. Springfield

Eric Six, M.D.



Alejandro Betancourt, M.D.

Christopher Hansen, M.D.

**Defendants' Counsel:**

Alfred John Harper, II; Fulbright & Jaworsky, 1301 McKinney, Houston, Texas 77010-3095

David George Oliveira; Roerig, Oliveira & Fisher, 855 W. Price Road, Suite 9, Brownsville, Texas 78520

Attorneys of Record for Defendants Valley Baptist Medical Center; Ben M. McKibbens; James G. Springfield; Eric Six, M.D.; Alejandro Betancourt, M.D.; Christopher Hansen, M.D.

Dennis Sanchez, State Bar No. 17569600, 100 North Expressway 83, Brownsville, Texas 78521-2284, Tel: 956 546-3731, Fax: 956 546-3765; Attorney for Defendant Alejandro Betancourt.

**Insurance Companies:**
Coverage is unknown at this time.

Respectfully submitted,

By: _____
Ed Stapleton
Texas Bar No. 19058400
Southern District Bar No: 1602
306 North Highway 377
Argyle, Texas 76226
Tel. (940)464-2500
Fax. (940)464-6050

Attorney for Plaintiff
Madhavan Pisharodi, M.D.

## CERTIFICATE OF SERVICE

This is to certify that on July 29, 2004, a true and correct copy of Plaintiff's Disclosure of Interested Parties was served on each of the persons listed below, by certified mail, return receipts requested.

| | **Certified No.** |
|---|---|
| Alfred John Harper, II<br>Fulbright & Jaworski<br>1301 McKinney, Ste. 5100<br>Houston, Texas 77010-3095 | **7003 1680 0006 6992 1589** |
| David George Oliveira<br>Roerig, Oliveira & Fisher<br>855 W. Price Road, Suite 9<br>Brownsville, Texas 78520 | **7003 1680 0006 6992 1602** |

Attorneys of Record for Defendants
Valley Baptist Medical Center
Ben M. McKibbens
James G. Springfield
Six, M.D.
Alejandro Betancourt, M.D.
Christopher Hansen, M.D.

_____
Ed Stapleton