IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of T...
FIL...

AUG 0 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MADHAVAN PISHARODI § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. NO. B-04-119 |
| § | |
| VALLEY BAPTIST MEDICAL CENTER, § | |
| BEN M. McKIBBENS, M.D.; JAMES G. § | |
| SPRINGFIELD; ERIC SIX, M.D.; § | |
| ALEJANDRO BETANCOURT, M.D.; § | |
| AND CHRISTOPHER HANSEN, M.D., § | |
| Defendants. | |

### DEFENDANTS', VALLEY BAPTIST MEDICAL CENTER, JAMES G. SPRINGFIELD, CHRISTOPHER HANSEN, M.D., AND ERIC SIX, M.D., CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

Now Comes Defendants' Valley Baptist Medical Center, James G. Springfield, Christopher Hansen, M.D. and Eric Six, M.D. and file and serve this Certificate of Disclosure of Interested Parties and state that the following are those with financial interest in the outcome of this litigation:

1. Valley Baptist Medical Center, Defendant

2. Ben M. McKibbens, M.D., Defendant

3. James G. Springfield, Defendant

4. Eric Six, M.D., Defendant

5. Alejandro Betancourt, M.D., Defendant

6. Christopher Hansen, M.D., Defendant

7. Madhavan Pisharodi, Plaintiff

8. Ed Stapleton, Plaintiff's attorney

9. Dennis Sanchez and Sanchez, Whittington, Janis & Zabarte, L.L.P., Alejandro Betancourt, M.D., attorney

30764909.1

10.     A. J. Harper II, and Fulbright & Jaworski L.L.P., attorneys for Defendants, Valley Baptist Medical Center, James G. Springfield, Eric Six, M.D., and Christopher Hansen, M.D.

11.     David G. Oliveira and Roerig, Oliveira & Fisher, L.L.P., attorneys for Defendants, Valley Baptist Medical Center, James G. Springfield, Eric Six, M.D., and Christopher Hansen, M.D.

Respectfully submitted,

*[signature]*

David G. Oliveira
State Bar No. 15254675
Federal I.D. No. 13862
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

and

A.J. Harper II
State Bar No. 09031000
Federal I.D. No. 5158
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Attorneys-in-Charge for Defendants Valley Baptist Medical Center, and James G. Springfield, Christopher Hansen, M.D. and Eric Six, M.D.

OF COUNSEL:
FULBRIGHT & JAWORSKI L.L.P.
And
ROERIG, OLIVEIRA & FISHER, L.L.P.

30764909.1

## CERTIFICATE OF SERVICE

    This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on this the ___ day of August, 2004, via United States mail certified, return receipt requested, to the following listed below:

Mr. Ed Stapleton  
306 North Highway 377  
Argyle, Texas 76226  

Mr. Ben M. McKibbens  
5556 Moog Lane  
Point Clear, Alabama 36564  

Mr. Dennis Sanchez  
Sanchez, Whittington, Janis & Zabarte, L.L.P.  
100 North Expressway 83  
Brownsville, Texas 78521-2284  

_____  
A. J. Harper II