United States District Court
Southern District of Texas
FILED
SEP 14 2004
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MADHAVAN PISHARODI<br><br>Plaintiff,<br><br>v.<br><br>VALLEY BAPTIST MEDICAL CENTER, BEN M. McKIBBENS, M.D.; JAMES G. SPRINGFIELD; ERIC SIX, M.D.; ALEJANDRO BETANCOURT, M.D.; AND CHRISTOPHER HANSEN, M.D.,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. B - 04 - 119 |

**JOINT REPORT OF MEETING AND JOINT DISCOVERY/ CASE MANAGEMENT PLAN**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Madhavan Pisharodi, Plaintiff and Valley Baptist Medical Center, James G. Springfield, Eric Six, M.D., Alejandro Betancourt, M.D., and Christopher Hansen, M.D., Defendants, and file this their Joint Report of Meeting and Joint Discovery/Case Management Plan in the above-referenced matter and for cause would respectfully show the Court the following:

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   On September 13, 2004 by telephone. Ed Stapleton for plaintiff and A. J. Harper II for Defendants, Valley Baptist Medical Center, James G. Springfield, Christopher Hansen, M.D. and Eric Six, M.D., and Dennis Sanchez for Defendant Alejandro Betancourt, M.D.

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

There is a pending antitrust case in Cause No. 2002-07-2649D; Madhavan Pisharodi, M.D. v. Eric Six, M.D. and Alejandro J. Betancourt, M.D., in the 103rd Judicial District Court of Cameron County, Texas and a pending defamation case against certain of the individual defendants in Cause No. 2004-03-1802-B; Madhavan Pisharodi, M.D. v. Alejandro J. Betancourt, M.D., et al.; In the 138th Judicial District Court, Cameron County, Texas.

3. Briefly describe what this case is about.

   Plaintiff alleges defendants discriminated against him because of his national origin in violation of Title VII and 42 U.S.C. § 1981. Defendants deny the allegations.

4. Specify the allegation of federal jurisdiction.

   Title VII, 42 U.S.C. § 2000e, et seq.; 42 U.S.C. § 1981.

5. Name the parties who disagree and the reasons.

   None.

6. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

   None.

7. List anticipated interventions.

   None.

8. Describe class-action issues.

   None.

9. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   Defendants served its Initial Disclosures on August 16, 2004.

   Plaintiff will serve his Initial Disclosures on or before September 30, 2004.

10. Describe the proposed agreed discovery plan, including:

    A. Responses to all the matters raised in Rule 26(f).

       See above and below.

    B. When and to whom the plaintiff anticipates it may send interrogatories.

       To Defendants within 120 days.

    C. When and to whom the defendant anticipates it may send interrogatories.

       To Plaintiff within 120 days.

D. Of whom and by when the plaintiff anticipates taking oral depositions.

Of Defendants and others listed on the attached list of witnesses by the close of the discovery period.

E. Of whom and by when the defendant anticipates taking oral depositions.

Of plaintiff and certain other witnesses he has identified by the close of the discovery period.

F. List expert depositions the plaintiff anticipates taking and their anticipated completion date.

None anticipated.

G. List expert depositions the defendant anticipates taking and their anticipated completion date.

None anticipated.

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

The parties are agreed.

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

There has been some discovery in the antitrust action noted above but none in this matter.

13. State the date the planned discovery can reasonably be completed.

July 31, 2005.

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

Plaintiff will assess his position to determine if a constructive settlement demand can be formulated.

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

See above.

16. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.

Until some discovery is completed and certain motions for summary judgment as to the individual defendants are filed and ruled upon, mediation does not appear to be productive.

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

No.

18. State whether a jury demand has been made and if it was made on time.

    No jury demand has been made.

19. Specify the number of hours it will take to present the evidence in this case.

    If the case is not narrowed through motions for summary judgment, it is estimated Plaintiff will require 32 hours to present his case and Defendants will require 32 hours to present their case.

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    None.

21. List other motions pending.

    None.

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    None.

23. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

    Defendants, Valley Baptist Medical Center, James G. Springfield, Christopher Hansen, M.D. and Eric Six, M.D., filed their Certificate on August 4, 2004.

    Plaintiff filed his Certificate on July 29, 2004.

24. List the names, bar numbers, addresses, and telephone numbers of all counsel.

    Attorney for Plaintiff: Ed Stapleton, Texas Bar No. 19058400, 306 North Highway 377, Argyle, Texas 76226, Tel. (940) 464-2500, Fax (940) 464-6050.

    Attorney for Alejandro Betancourt: Dennis Sanchez, State Bar No. 17569600, 100 North Expressway 83, Brownsville, Texas 78521-2284, Tel. (956) 546-3731, Fax: (956) 546-3765

    Attorneys for Defendants, Valley Baptist Medical Center, James G. Springfield, Christopher Hansen, M.D. and Eric Six, M.D.: A. J. Harper II, State Bar No. 09031000, 1301 McKinney, Suite 5100, Houston, Texas 77010-3095, Tel. (713) 651-5151, Direct Line (713) 651-5442, Fax: (713) 651-5246

    and

    David G. Oliveira, State Bar No. 15254675, 855 W. Price Road, Suite 9, Brownsville, Texas 78520, Tel. (956) 542-5666, Fax: (956-542-0016

Ed Stapleton w/perm.

Plaintiff's Attorney, Ed Stapleton

Date: 9-14-04

Dennis Sanchez w/perm Date: 9-14-04

Attorney for Alejandro Betancourt
Dennis Sanchez

A. J. Harper II w/perm. Date: 9-14-04

A. J. Harper II and
David G. Oliveira, Attorneys for Defendants,
Valley Baptist Medical Center,
James G. Springfield,
Christopher Hansen, M.D.
and Eric Six, M.D.

## II. IDENTIFICATION AND PURPOSE OF WITNESSES

**Madhavan Pisharodi, M.D.**
c/o Ed Stapleton
Ed Stapleton, Lawyer
306 N. Highway 377, Suite B
Argyle, Texas 76226
(940) 464-2500

Dr. Pisharodi is the plaintiff in this cause.

**Ben M. McKibbens, M.D.**
556 Moog Lane
Point Clear, Alabama 36564

Dr. McKibbens was CEO of Defendant Valley Baptist Medical Center ("**VBMC**") at the times of the offenses alleged in this cause. McKibbens is also a defendant in this action.

**James G. Springfield, CHE**
c/o Alfred J. Harper, II
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

David George Oliveira
Roerig, Oliveira & Fisher
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666

Mr. Springfield was President of CEO of Defendant VBMC at the times of the offenses alleged in this cause. Springfield is also a defendant in this action.

**Eric Six, M.D.**
c/o Alfred J. Harper, II
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

David George Oliveira
Roerig, Oliveira & Fisher
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666

Dr. Six was Medical Director and a neurosurgeon at Defendant VBMC at the times of the offenses alleged in this cause. Dr. Six is also a defendant in this action.

**Alejandro Betancourt, M.D.**

c/o Alfred J. Harper, II
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

David George Oliveira
Roerig, Oliveira & Fisher
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666

Dr. Betancourt was a neurosurgeon at Defendant VBMC at the times of the offenses alleged in this action. Dr. Betancourt is also a defendant in this action.

**Christopher Hansen, M.D.**

c/o Alfred J. Harper, II
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

David George Oliveira
Roerig, Oliveira & Fisher
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666

Dr. Hansen was Vice President of Medical Affairs at Defendant VBMC at the times of the offenses alleged in this cause. Dr. Hansen is also a defendant in this action.

**Miguel A. Cintron, M.D.**

1717 N. Ed Carey Drive
Harlingen, Texas

Dr. Cintron was Chief of Staff at Defendant VBMC at the times of the offenses alleged in this cause.

**Giovanna Ghafoori, M.D.**
1649 Sam Houston Street
Harlingen, Texas

Dr. Ghafoori chaired the Department of Surgery at Defendant VBMC at the times of the offenses alleged in this cause.

**Charles Fisher, M.D.**
2101 Pease Street
Harlingen, Texas 78551

Dr. Fisher chaired the Credentials Committee at Defendant VBMC at the times of the offenses alleged in this cause.

**Ruben Lopez, M.D.**
2101 Pease Street
Harlingen, Texas 78551
Dr. Lopez was trauma surgeon and Trauma Medical Director at Defendant VBMC at the times of the offenses alleged in this cause.

**Jose Dones-Vasquez, M.D.**
2101 Pease Street
Harlingen, Texas 78551

Dr. Dones-Vaszques was a neurosurgeon on staff at Defendant VBMC at the times of the offenses alleged in this cause.

**F.M. Fennegan, M.D.**
2101 Pease Street
Harlingen, Texas 78551

Dr. Fennegan was a neurosurgeon on staff at Defendant VBMC at the times of the offenses alleged in this cause.

**Karl Frey, M.D.**
2101 Pease Street
Harlingen, Texas 78551

Dr. Frey was chair of the Credentialing Committee at Defendant VBMC at the times of the offenses alleged in this cause.

**Helson Pacheco-Serrant, M.D.**

Brownsville Neurological Institute
864 Central Blvd., Suite 2600
Brownsville, Texas 78520
(956) 504-1322

Dr. Pacheco is a colleague of Plaintiff Madhavan Pisharodi and has direct knowledge of events concerning this cause.

**A. P. Chandran, Ph.D.**

942 Wild Rose Lane
Brownsville, Texas 78520
(956) 541-6725
Dr. Chandran is a colleague of Plaintiff Hadhavan Pisharodi and has direct knowledge of events concerning in this cause.

**Dr. Shenkenberg**

2101 Pease Street
Harlingen, Texas 78551

Dr. Shenkenberg was Chief of Staff at Defendant VBMC at the times of the offenses alleged in this cause.

**Viraf Cooper, M.D.**

942 Wild Rose Lane
Brownsville, Texas 78520
(956) 541-6725

Dr. Cooper is a neurosurgeon and colleague of Plaintiff of Madhavan Pisharodi. Dr. Cooper has direct knowledge of events concerning this cause.

**M.Y.I. Beck, M.D.**

[Contact information presently unknown.]

Dr. Beck is a neurosurgeon and colleague of Plaintiff of Madhavan Pisharodi. Dr. Cooper has direct knowledge of events concerning this cause.

**Cathryn Lisa Garnett**

515 S. San Marcelo Blvd.
Brownsville, Texas
Cell: (956) 459-0657

Ms. Garnett is a nurse practicioner who worked for Plaintiff Madhavan Pisharodi. Ms. Garnett has direct knowledge of events concerning this cause.

**CERTIFICATE OF SERVICE**

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on this the 14th day of September, 2004, to the following as listed below:

Mr. Ed Stapleton
306 North Highway 377
Argyle, Texas 76226

Dennis Sanchez
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78520

A.J. Harper II
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

David G. Oliveira
David G. Oliveira