| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| MADHAVEN PISHARODI | § | United States District Court<br>Southern District of Texas<br>ENTERED<br>SEP 21 2004<br>Michael N. Milby, Clerk of Court<br>By Deputy Clerk |
| versus | § | CIVIL ACTION NO. B: 04-119 |
| VALLEY BAPTIST, ET AL | § | |

## Order Resetting Conference

The initial pre-trial conference set for *September 28, 2004,* has been reset to:

**October 5, 2004 at 10:00 a.m.**

Signed on _September 21_, 2004 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge