# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Miro    ☐ Levesque |
| DATE | 10 — 5 — 04 |
| TIME | 10:01 a.m. — 10:24 a.m. |
| CIVIL ACTION | B — 04 — 119 |
| STYLE | **Madhaven Pisharodi** *versus* **Valley Baptist Medical Center et al.** |

United States District Court
Southern District of Texas
FILED

OCT 05 2004

Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT) ■ Initial Pre-Trial Conference;    (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):   Edward Stapleton
Attorney(s) for Defendant(s):  Alfred Harper, II for: Valley Baptist Medical Center, Ben M. Mckibben, James G. Springfield, Eric Six, M.D. and Christopher Hansen, M.D.
Attorney(s) for Defendant(s):  Dennis Sanchez for: Alejandro Betancourt, M.D.

**Facts:**

   Plaintiff is a neurosurgeon. Defendants, Valley Baptist Medical Center and other doctors at the same hospital, through harassment and threats have demonstrated a pattern of discriminatory behavior toward plaintiff. Specifically, such areas such as plaintiff's on-call practice have been effected by actions of defendants. Furthermore, when a patient died, plaintiff claims that the review process was fraudulent in that certain documents were concealed. Plaintiff alleges that his race (Indian) has subjected plaintiff to harassing peer reviews and has led to damages on his practice. Plaintiff claims that he was discriminated against in violation of 42 USC 2000e(2)(a)(1) in that the defendants intentionally discriminated against plaintiff in regards to compensation, terms, conditions and privileges of employment or limited, segregated r classified plaintiff in a manner that would deprive him of any employment opportunity or adversely affect his status because of plaintiff's national origin. It does not appear that plaintiff was ever fired. All conditions precedent have been met (administrative remedies exhausted). Plaintiff has two other pending cases in state court with very related facts. Discovery may be hastened if the plaintiff's attorney agrees to utilize depositions created in those cases.

   The parties have agreed to mediate case by May 27, 2005, and will be included in scheduling order.