United States District Court
Southern District of Texas
FILED

OCT 1 5 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MADHAVEN PISHARODI<br>Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-119 |
| VALLEY BAPTIST MEDICAL CENTER,<br>BEN M. McKIBBENS, M.D.; JAMES G.<br>SPRINGFIELD; ERIC SIX, M.D.;<br>ALEJANDRO BETANCOURT, M.D.; AND<br>CHRISTOPHER HANSEN, M.D.,<br>Defendants. | § § § § § § | |

## MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Dennis Sanchez, counsel of record for ALEJANDRO BETANCOURT, M.D., one of the named defendants in the above entitled and numbered cause, and files this Motion for Substitution of Counsel, and in support thereof would respectfully show unto the Court as follows:

I.

Movant requests that the Court grant him permission to withdraw as attorney of record for Alejandro Betancourt, M.D., and further requests that following attorney be substituted as counsel of record for Defendant Alejandro Betancourt, M.D.:

> A. J. Harper II
> 1301 McKinney, Suite 5100
> Houston, Texas 77010-3095
> Telephone: (713) 651-5151
> Facsimile: (713) 651-5246
> State Bar No. 09031000
> Federal Admission No. 5158

II.

Defendant Alejandro Betancourt, M.D. and A. J. Harper, II, have approved this substitution, and this substitution is not being taken for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court grant this motion, and for such other and further relief to which Defendant Alejandro Betancourt, M.D. may be justly entitled.

                Respectfully submitted,

                SANCHEZ, WHITTINGTON, ZABARTE
                    & WOOD, L.L.P.
                100 North Expressway 83
                Brownsville, Texas 78521-2257
                (956) 546-3731 - Telephone
                (956) 546-3765 & 546-3766 - Fax

By: _____
        Dennis Sanchez
        State Bar No. 17569600
        Fed. Admission No. 1594
        ATTORNEY FOR DEFENDANT
        ALEJANDRO BETANCOURT, M.D.

AGREED TO:

By: _____
    A. J. Harper II
    State Bar No. 09031000
    Federal Admission No. 5158

## CERTIFICATE OF CONFERENCE

I hereby certify that on the undersigned counsel has conferred with all counsel of record in this case, and all of said counsel do not oppose this substitution.

_____
Dennis Sanchez

## CERTIFICATE OF SERVICE

I certify that on October 6, 2004, a copy of the foregoing motion was served via first-class mail, postage prepaid, and properly addressed to the following counsel of record:

Mr. Ed Stapleton
306 North Highway 377
Argyle, Texas 76226

Mr. David G. Oliveira
Roerig, Oliveira & Fisher, LLP
855 W. Price Road, Suite 9
Brownsville, Texas 78520

Mr. Ben M. McKibbens
5556 Moog Lane
Point Clear, Alabama 36564

A. J. Harper II
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

_____
Dennis Sanchez