IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MADHAVEN PISHARODI<br>Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-04-119 |
| VALLEY BAPTIST MEDICAL CENTER,<br>BEN M. McKIBBENS, M.D.; JAMES G.<br>SPRINGFIELD; ERIC SIX, M.D.;<br>ALEJANDRO BETANCOURT, M.D.; AND<br>CHRISTOPHER HANSEN, M.D.,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ | |

## AGREED ORDER GRANTING SUBSTITUTION OF COUNSEL

On the _____ day of October, 2004, came on to be heard the Motion for Substitution of Counsel for Defendant Alejandro Betancourt, M.D., in the above entitled and numbered cause, and the Court, having considered same, is of the opinion that said motion is well taken and should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that Dennis Sanchez of the law offices of Sanchez, Whittington, Zabarte & Wood, LLP, 100 North Expressway, Brownsville, Texas 78521-2257, be and is hereby substituted in this case by A. J. Harper II, 1301 McKinney, Suite 5100, Houston, Texas 77010-3095; Telephone: (713) 651-5151; Facsimile: (713) 651-5246, to represent Defendant Alejandro Betancourt, M.D.

SIGNED on this _____ day of October, 2004, at Brownsville, Texas.

_____
Honorable Hilda G. Tagle,
United States District Judge