IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MADHAVEN PISHARODI § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Civil Action B-04-119 |
| § | |
| § | |
| VALLEY BAPTIST MEDICAL CENTER, § | |
| BEN M. McKIBBENS, M.D.; JAMES G. § | |
| SPRINGFIELD; ERIC SIX, M.D.; § | |
| ALEJANDRO BETANCOURT. M.D.; AND § | |
| CHRISTOPHER HANSEN, M.D., § | |
| § | |
| Defendants. § | |

BE IT REMEMBERED that on October 18, 2004, the Court considered Defendant Alejandro Betancourt's Unopposed Motion for Substitution of Counsel [Dkt. No. 9]. Therein, Dennis Sanchez, the present counsel of record for Mr. Betancourt, requests permission to withdraw and further requests that A.J. Harper, II, be substituted as counsel of record for Mr. Betancourt.

The Motion is hereby **GRANTED**.

DONE at Brownsville, Texas, this 18 day of October, 2004.

Hilda G. Tagle
United States District Judge