| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

MADHAVEN PISHARODI §

vs. § Civil Action No. B-04-119

VALLEY BAPTIST MEDICAL CENTER, ET AL §

United States District Court
Southern District of Texas
ENTERED
OCT 2 0 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __10__ days.        ■ Bench   ☐ Jury

2. New parties must be joined by:                                      10/29/2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   5/2/2005

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                                     7/29/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

***************************The Court will provide these dates***************************

6. Dispositive Motions will be filed by:                               8/8/2005

7. Joint pretrial order is due:                                        10/12/2005

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:  10/26/2005

9. Jury Selection is set for 9:00 a.m. on:                             N/A
   *(The case will remain on standby until tried)*

Signed __October 20_____, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge