# Exhibit A

1    CAUSE NO. 2002-07-2649-D

2    MADHAVAN PISHARODI, M.D.    ) IN THE DISTRICT COURT
                                )
3    VS.                        ) OF CAMERON COUNTY
                                )
4    ERIC SIX, M.D. AND         )
     ALEJANDRO J. BETANCOURT, M.D. ) 103RD JUDICIAL DISTRICT

5    ************************************************************

6

7         ORAL AND VIDEOTAPED DEPOSITION OF

8              **DR. MADHAVAN PISHARODI**

9                   JUNE 29, 2004

10   ************************************************************

11

12

13

14

15

16        ORAL AND VIDEOTAPED DEPOSITION of **DR. MADHAVAN**

17   **PISHARODI**, produced as a witness at the instance of the

18   Defendant, and duly sworn, was taken in the above-styled

19   and numbered cause on the 29th day of June, 2004, from

20   9:37 a.m. to 6:08 p.m., before Anica Diaz, CSR in and

21   for the State of Texas, reported by stenograph, at the

22   Law Offices of Mr. Horacio Barrera, 1201 East Van Buren,

23   Brownsville, Texas, pursuant to the Texas Rules of Civil

24   Procedure and the provision stated on the record of

25   attached herein.



**DR. MADHAVAN PISHARODI,**

having been duly sworn, testified as follows:

**EXAMINATION**

**BY MR. PAKALKA:**

Q. Good morning, Dr. Pisharodi.

A. Good morning.

Q. Would you state your name for the record?

A. Madhavan Pisharodi.

Q. And you are a licensed physician in the State of Texas, are you not?

A. That's correct.

Q. And you're a board certified neurosurgeon?

A. Yes.

Q. And we're here today in lawsuit that you've filed against Dr. Six and Dr. Betancourt. This is an anti-trust lawsuit, do you understand that?

A. Yes, I do.

Q. And you are accusing them of conspiring to restrain trade unlawfully in the State of Texas, are you aware of that?

A. That is correct. I do -- I am, yeah.

Q. Would you take a look at the -- your responses to Dr. Six's request for production. Do you recall helping your lawyer produce documents in this case?

A. Yes, I do.

1    don't have any money, correct?

2    A.   Well, you asked me if I financially gained from

3    that patient, the answer is no.

4    Q.   This is a different question.

5    A.   Okay.

6    Q.   A doctor serving on-call or taking ER rotation

7    has an obligation to see all patients, regardless of

8    whether they can pay?

9    A.   That is correct.

10   Q.   Of the fifteen patients per month that you

11   estimate you did not get to see because you weren't

12   on-call and weren't on the ER rotation how many of

13   those, on average, could pay?

14   A.   Well, initially, probably about 70 to 80 percent

15   of them will be no pay, but with emergency Medicaid and

16   other things about 90 percent of them will be paying in

17   the end after a waiting period.

18   Q.   But you're not saying that you should only have

19   to treat the patients who can pay at the end of the day.

20   If you get ER rotation or on-call assignments you're

21   obligated to see all patients?

22   A.   That is correct.

23   Q.   What was the first hospital in the Valley to

24   which you applied for privileges?

25   A.   Brownsville Medical Center.

Q.   And approximately when was that?

A.   In 1989.

Q.   And did you get privileges there?

A.   Yes.

Q.   Approximately when?

A.   January.

Q.   Of?

A.   1989.  That's the date I gave but that's when I started working here.

Q.   Okay.  And did you also obtain privileges at Valley Regional Medical Center at the same time?

A.   Yes, sir.

Q.   Do those two hospitals together admit as many patients as Valley Baptist?

A.   Can you repeat the question?

Q.   In an average year, do you -- would you agree that those two hospitals in Brownsville admit as many neurosurgery patients as does Valley Baptist Medical Center?

A.   I would not be able to answer that at this time. I can add up the numbers, probably help -- get some help through the hospitals and give you the answer later.

Q.   But you don't know off the top of your head whether the numbers are --

A.   No.

Q.   What was the next hospital in the Valley at which you obtained privileges?

A.   Knapp Medical Center.

Q.   And that was in 1990?

A.   Probably.

Q.   Do you recall what the next hospital at which you obtained privileges in the Valley was?

A.   In the Valley, the next one, probably, Valley Baptist.

Q.   And that's where you first applied in '96?

A.   Yes.

Q.   And you ultimately obtained privileges in November of 1999?

A.   That's correct.

Q.   We'll come back to that.

A.   Okay.

Q.   What was the next at which you sought privileges in the Valley?

A.   Probably Mission Hospital.

Q.   In Mission?

A.   Yes.

Q.   And by --

A.   I don't know -- the tree of them, I don't know when the application was made, but I got privilege in the order Mission Hospital first then Rio Grande City

1  and then McAllen Medical Center.  But the date of

2  application may be --

3  Q.  Okay.  It was Mission, then Rio Grande, and

4  then --

5  A.  McAllen Medical Center.

6  Q.  Okay.  I show you also have privileges at

7  Driscoll Children's Hospital in McAllen?

8  A.  No.

9  Q.  You don't?

10  A.  No.

11  Q.  Okay.  Did you apply there?

12  A.  No.

13  Q.  I'm sorry.  Same at Edinburg Regional Medical

14  Center, you don't have privileges but you've never

15  applied?

16  A.  Never applied.

17  Q.  What I said is correct?

18  A.  That's correct.

19  Q.  And you've not applied at Brownsville Surgical

20  Hospital in Brownsville?

21  A.  No.

22  Q.  And I'm not sure we covered this, do you have

23  privileges at Harlingen Medical Center in Harlingen?

24  A.  That's got -- that came probably when they opened

25  it, 2002, probably.

Q.  I show that you obtained privileges in early 2003 at Harlingen?

A.  Whenever they started functioning.

Q.  Approximately that time?

A.  Yes.  And I have not applied for privileges --

Q.  Okay.  Would you agree that for many of your patients you can decide at which hospital to admit them if they have neurosurgery needs?

A.  Most of the patients choose what hospital they want to go, and I try to work with them.

Q.  But if you would rather treat a patient at Brownsville Medical Center than Valley Baptist, you can tell the patient, I'd rather admit you over here, and they'll probably listen to you, won't they?

A.  No.

Q.  They won't?

A.  No.  Because of the -- the insurance now is very complicated because many of the insurances they apply one hospital or the other --

Q.  Okay.

A.  They get -- they pay 10 percent if they go to that hospital of their choice and they pay 60 percent if they go out-of-network so that's -- those days are gone.

Q.  Okay.  As a theoretical matter a patient can some see you regardless what their insurance company says,

1  but as a practical matter, insurance companies steer

2  their patients to preferred doctors, is that fair?

3      A.  Well, I don't know whether they steer or what,

4  but what most of the patients have their choice of

5  hospital they want to go.

6      Q.  Okay.  If an insurance company offers a lower

7  copay or deductible if you go to a preferred hospital,

8  that will insurance the patients to go to the hospital

9  where it cost them less money in most instances won't

10  it?

11      A.  That's exactly what I told you.  A lot most of

12  the patients have their own preferred hospital.

13      Q.  So if there's some patients whose insurance

14  company says, we'll pay you -- we'll pay a greater

15  percentage of the charge, you pay a lower copay if you

16  go see Dr. Six at Valley Baptist, and you're free to go

17  see Dr. Pisharodi at Brownsville Medical Center, but

18  you'll have to pay a higher copay, that will give

19  Dr. Six a competitive advantage for that patient,

20  correct?

21      A.  I am not clear what you're asking.  I mean, are

22  you asking if the patients will be going where they get

23  the same medical care at a cheaper rate?

24      Q.  Yes.

25      A.  Oh, yeah.

Q.  And if it so happens that in '97 a patient could go see Dr. Six at Valley Baptist and pay a 10 percent deduct or copay and the patient could go see you at Valley Regional Medical Center in Brownsville, but the patient would have to pay 60 percent, there's an incentive for the patient to go see Dr. Six if he considers you both equal doctors?

A.  Are you making it hypothetical or do you have a specific insurance you're referring to?  I'm not getting where you're going with this.

Q.  Okay.  It's in general, it's not specific.  In general, insurance companies incentive patients to go see a particular doctor with whom the insurance company's made arrangements.

A.  They --

Q.  Or to go to a particular hospital.

A.  Insurance companies usually, especially the respectable ones, they don't get into these things. They give a physician an option to join their P.P.O. and whoever is joining they will be all treated equally.

Q.  Okay.

A.  I mean, they don't tell patients if you go to this doctor we will give you a better deal, if you go to this doctor we will -- usually good insurance companies don't do that.

33

Q.  How about hospitals?  Don't insurance companies
say, if you go to this hospital you'll pay less than if
you go to that hospital?

A.  They -- again, what you are referring is
preferred hospital.  If the hospital is in their
preferred list, patients will benefit if they go to that
place.  But other than that, I don't think decent
insurance companies will get in the middle of qualities
by saying, we prefer this hospital, we prefer that
hospital.  They don't get into that.

(Mr. Oliveira exits room)

Q.  (By Mr. Pakalka) Are you saying in real word real
patients can see the doctor of their choice at the
hospital of their choice?  Insured patients?

A.  Depending upon what insurance they have, and
what -- who are all in the insurance list.

Q.  Okay.  For most of your patients, are they in
that category where they get to pick?

A.  Some of them are, some of them are not, you know?

Q.  For the ones who don't get to pick, there's an
incentive for them to see a particular -- to see a
doctor at a particular hospital versus another hospital,
is that fair?

A.  So you're saying there is a particular patient
who doesn't belong to any special preferred program but

34

still the insurance tells them pick up the phone and

tells them, hey, you go to this hospital you get a

special treatment?

Q.   No, I'm sorry --

A.   I don't think that exists.

Q.   But doesn't HMO Blue have contracts with some

hospitals saying, if you'll treat our patients we'll

give you a -- we'll pay 90 percent of your charge?  And

they still tell other hospitals, you're not a part of

our member network, but we'll see patients, and they

tell the patients, if you go to that hospital, that's

your choice, but we'll only pay 80 percent of your

charge?

A.   We covered that.  That is called preferred

provider arrangements.

Q.   Okay.

A.   And if the hospital is part of that or a

physician is part of that, they get treated

preferentially.  But if you are not in the preferred

list you are out-of-network.

Q.   Okay, right.  And in the instances where for

example at Valley Baptist when you were not on staff

there, Dr. Six had an advantage over you for any

patients for whom Valley Baptist was a preferred

hospital?

1    A.  Well, it is not the question of preference.  I

2  had no access to the patients who were at Valley

3  Baptist.  And I don't have preference there -- I mean

4  privileges there.

5    Q.  Okay.  But you had access to privileges -- you

6  had privileges at other hospitals?

7    A.  Yes.  I -- we're talking about Valley Baptist.

8    Q.  Right.  And I'm saying that for the patient who's

9  a member of an insurance network where Valley Baptist is

10  the preferred hospital --

11    A.  Yes.

12    Q.  -- it's cheaper for the patient to have

13  neurosurgery done there than at the Brownsville

14  hospitals where you practiced?

15    A.  Sometimes it is cheaper, sometimes it is complete

16  cost.  Some hospitals -- the hospital -- the insurance

17  doesn't cover at all.

18    Q.  Okay.  But in the instances where the hospital

19  does provide an economic incentive --

20    A.  Yes.

21    Q.  -- for the patient --

22    A.  Yes.

23    Q.  -- the doctors on staff there have an advantage

24  over doctors who don't have privileges there?

25    A.  Right, that is correct.

```
 1                    CAUSE NO. 2002-07-2649-D

 2   MADHAVAN PISHARODI, M.D.      ) IN THE DISTRICT COURT
                                   )
 3   VS.                           ) OF CAMERON COUNTY
                                   )
 4   ERIC SIX, M.D. AND            )
     ALEJANDRO J. BETANCOURT, M.D. ) 103RD JUDICIAL DISTRICT

 5

 6                REPORTER'S CERTIFICATION
             DEPOSITION OF DR. MADHAVAN PISHARODI
 7                      June 29, 2004

 8         I, Anica Diaz, Certified Shorthand Reporter in
     and for the State of Texas, hereby certify to the
 9   following:

10         That the witness, DR. MADHAVAN PISHARODI, was
     duly sworn by the officer and that the transcript of the
11   oral deposition is a true record of the testimony given
     by the witness;
12
           That the deposition transcript was submitted
13   on  July 20        , 2004, to the witness or to the
     attorney for the witness for examination, signature and
14   return to Hill & Romero by  August 9        , 2004;

15         That the amount of time used by each party at the
     deposition is as follows:
16
           MR. HORACIO BARRERA     - 00 Hours: 00 minutes
17         MR. WILLIAM R. PAKALKA  - 05 Hours: 18 minutes
           MR. DAVID G. OLIVEIRA   - 00 Hours: 00 minutes
18         MR. DENNIS SANCHEZ       - 01 Hours: 18 minutes

19         That pursuant to information given to the
     deposition officer at the time said testimony was taken,
20   the following includes counsel for all parties of
     record:
21
           MR. HORACIO L. BARRERA
22         Attorney at Law
           1201 East Van Buren Street
23         Brownsville, Texas 78520

24         MR. WILLIAM PAKALKA
           FULBRIGHT & JAWORSKI, L.L.P.
25         1301 McKinney, Suite 5100
           Houston, Texas 77010
```

```
 1        MR. DAVID OLIVEIRA
          ROERIG, OLIVEIRA & FISHER, L.L.P.
 2        855 West Price Road, Suite 9
          Brownsville, Texas 78520
 3
          MR. DENNIS SANCHEZ
 4        SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
          100 North Expressway 83
 5        Brownsville, Texas 78521-2284

 6        I further certify that I am neither counsel for,
    related to, nor employed by any of the parties or
 7  attorney in the action in which this proceeding was
    taken, and further that I am not financially or other
 8  wise interested in the outcome of the action.

 9        Further certification requirements pursuant to
    Rule 203 TRCP will be certified to after they have
10  occurred.

11                                          20th
          Sworn to by me this _____ day of
12  July _____, 2004.

13                        _____
14                        Anica Diaz, Texas CSR 8021
                          Expiration Date:  12-31-05
15                        Hill & Romero
                          Certified Court Reporters
16                        10125 North Tenth, Suite B
                          McAllen, Texas 78504
17                        (956) 287-8898

18

19

20

21

22

23

24

25
```

FURTHER CERTIFICATION UNDER RULE 203 TRCP

The original deposition was/was not returned to the deposition officer on _____;

If returned the attached Changes and Signature page contains any changes and the reasons therefor;

If returned, the original deposition was delivered to_____; Custodial Attorney.

That $_____ is the deposition officer's charges to the **Defendants** for preparing the original deposition transcript and any copies of exhibits;

That the deposition was delivered in accordance with Rule 203.3, and that a copy of this certificate was served on all parties shown herein on and filed with the Clerk.

Certified to by me this _____ day of _____, 2004.


_____
Anica Diaz, Texas CSR 8021
Expiration Date:  12-31-05
Hill & Romero
Certified Court Reporters
10125 North Tenth, Suite B
McAllen, Texas 78504
(956) 287-8898

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MADHAVAN PISHARODI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| VALLEY BAPTIST MEDICAL | § | |
| CENTER; BEN M. MCKIBBENS, M.D.; | § | Civil Action No.  B-04-119 |
| JAMES G. SPRINGFIELD; ERIC SIX, | § | |
| M.D.; ALEJANDRO BETANCOURT, | § | |
| M.D.; AND CHRISTOPHER HANSEN, | § | |
| M.D., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## AFFIDAVIT OF WARD COOK

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

On this day came before me Ward Cook, and after being duly sworn stated the following upon his personal knowledge:

1.      My name is Ward Cook, and I am currently the Vice President Resource Administration of Valley Baptist Medical Center ("Medical Center"). I am over 18 years of age and have never been convicted of a felony or a misdemeanor involving moral turpitude. I am fully competent to make this affidavit. The facts stated herein are true and correct and within my personal knowledge.

2.      The Medical Center organized a First Response Team program to provide specialty coverage for certain patients, who are admitted through the Medical Center's Emergency Department.

3.      Participants on the Medical Center's First Response Team are independent contractors, who receive a fee only for their agreement to participate on the First Response Team. They must provide coverage when scheduled, must respond to a page for assistance within thirty (30) minutes, and must be available to provide care at the Medical Center in accordance with the exercise of their medical judgment. Participants may arrange for another appropriate member of the First Response Team to substitute for them if they are unable to provide coverage when scheduled so long as they notify the Director of the Emergency

Department in writing of the identity of the covering physician as soon as possible prior to the date that they are scheduled.

4.    Participants on the First Response Team must also participate in any performance or quality improvement activities in the Emergency Department that are aimed at reviewing the overall care that is provided to a patient, who is admitted to the Medical Center through the Emergency Department.

5.    As a medical hospital, in keeping with various state and federal laws regulating health care, Valley Baptist Medical Center has adopted bylaws governing the extension of medical staff privileges to a medical doctor, who may wish to admit and provide medical treatment to his patients in the hospital's facilities.

6.    Madhavan Pisharodi is a medical doctor licensed to practice medicine by the State of Texas. He has his own medical practice and tax identification number.

7.    The Medical Center does not and never has employed Dr. Pisharodi. It pays him no wages and does not provide him with any fringe benefits. Dr. Pisharodi independently pays for his malpractice insurance and licensing fees. The Medical Center granted Dr. Pisharodi staff privileges, which allowed him to admit and provide medical treatment to his patients in the hospital's facilities. His privileges were renewed recently, and he is currently "consulting" staff. Dr. Pisharodi, as an independent contractor, also provided on call services for the Medical Center's Emergency Room through the First Response Team. VBMC removed Dr. Pisharodi from the First Response Team in October 2003. A copy of Dr. Pisharodi's application for staff privileges to the Medical Center and his agreement to participate on the First Response Team are attached.

8.    The Medical Center does not supervise or control Dr. Pisharodi's medical treatment of his patients. Dr. Pisharodi is not required to utilize the Medical Center for this purpose. Indeed, Dr. Pisharodi has staff privileges at multiple other hospitals in the area. Dr. Pisharodi bills his patients directly for his services without any involvement by the Medical Center. Furthermore, Dr. Pisharodi is not required to make referrals to, or otherwise generate business for, the Medical Center as a condition of being a participant in the First Response Team.

9.    Pursuant to state and federal law, the Medical Center, as part of its medical staff bylaws, has established a peer review committee comprised of other medical doctors with staff privileges. This committee from time to time examines the particular medical care and treatment given to a patient admitted to the Medical Center. This does not make any of the medical staff an employee of the Medical Center nor does it control or manage Dr. Pisharodi's delivery of medical care to his patients.

10.    Ben M. McKibbens, M.D. was the Chief Executive Officer of VBMC until he retired in January 2003. James G. Springfield currently is the Chief Executive Officer of VBMC, and prior to January 2003, he was the Executive Vice President and Chief Operating Officer of VBMC. Eric Six, M.D. is a neurosurgeon on Staff at VBMC as well as the Medical Director. Alejandro Betancourt, M.D. is a neurosurgeon on Staff at VBMC. Lastly, Christopher Hansen, M.D. was a general surgeon on Staff at VBMC prior to January 2003, but he has

subsequently retired from practice.    Currently, Dr. Hansen is the Vice President and Chief Medical Officer at VBMC.

Further, affiant sayeth not.

_____
Ward Cook

SWORN TO AND SUBSCRIBED before me by the said Ward Cook, this the __31st__ day of March, 2005, to certify which witness my hand and seal of office.

_____
Notary Public in and for
The State of Texas

## MEDICAL and DENTAL STAFF REAPPOINTMENT APPLICATION
### For VALLEY BAPTIST MEDICAL CENTER and Affiliates
(Valley Health Care Network, Valley Baptist Ambulatory Surgery Center and Valley Baptist Health Plan)

PLEASE REVIEW CAREFULLY AND COMPLETE ALL FIELDS ON THIS FORM. APPLICATIONS RECEIVED WITH BLANK FIELDS WILL BE RETURNED FOR COMPLETION. *DO NOT STATE "SEE CV" OR "SAME AS BEFORE" AS AN ANSWER.* IF YOU HAVE QUESTIONS REGARDING THESE FORMS OR THE REAPPOINTMENT PROCESS, PLEASE CALL (956) 389-6756.

SUBMITTING THIS APPLICATION *DOES NOT* AUTOMATICALLY GRANT ANY FORM OF MEDICAL/DENTAL STAFF MEMBERSHIP OR PRIVILEGES *AT ANY OR ALL* FACILITIES SELECTED. YOU WILL BE NOTIFIED IN WRITING BY EACH FACILITY WHEN MEMBERSHIP/PRIVILEGES ARE GRANTED.

Name:     Pisharodi,  Madhavan A.P.  M.D.

Field of Practice:  Surgery          Specialty:  Neurosurgery

I APPLY/REAPPLY for membership/privileges at the following:
____✓ Valley Baptist Medical Center
_____ Valley Health Care Network   (PHO)
_____ Valley Health Plan        (HMO)

If approved for Valley Health Care Network membership, are you currently accepting new patients? . . . . . . . . . . . . . . . . . . . . . . . . . . ___ Yes ___ No

I APPLY for the following VBMC Staff Status: (Current: Prov. Assoc. Attend)
__✓ Attending  *(Complete two years as Associate Attending status before selecting)*
____ Associate Attending        ____ Courtesy        ____ Consulting

Name of alternate physician/dentist or group who will care for your patients at Valley Baptist Medical Center when you are unavailable. Alternate MUST be on VBMC staff in a like specialty. Only one is needed; however, you may choose more if you are in a group practice. You have the details.

Name: DR- Padeen .              Specialty: Neurosurgery
Office Telephone No.: 504-1322              Beeper No.: 831-1298

Name:_____              Specialty:_____
Office Telephone No.:_____              Beeper No.:_____

Name: Pisharodi, Madnavan

Home Address:

Apt./Street No.:    500 Acacia Lake Drive
City/State/Zip:     Brownsville, TX 78521
Telephone No.:      956-544-5345          ___ Listed    ✓ Unlisted
Birthplace:         Palghat  India
Birth date:         7/13/45      If married, Spouse's Name:  Veronica Pisharodi
Social Security No.: 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

Date of last physical exam:  _1997_

Primary Office Name:  _Madhavan Pisharodi, M.D., P.A._
Suite/Street No.:      942 Wildrose Lane
City/State/Zip:        Brownsville, TX 78520
Office Telephone No.:  956-541-6725    Fax: 956-541-2070
Beeper:   956-548-3618- _982 8468_  Handicap Accessible  ✓ Yes ___ No
Tax ID No.: _742724429_  TDD Phone No.: _____
Practice Mode:    Individual  ✓  Group___  Answering Service No: _544-1333_
List Partners, if group: _____
Office Manager:  _Veronica Pisharodi_
Office Hours: M _8-5_ T _8-5_ W _8-5_ Th _8-5_ F _8-5_ S _No._
Languages Spoken by you:     English/Malayalam

Please list below the Allied Health Practitioners within your employment whom
assist you at VBMC.  Does your professional liability insurance policy cover your
sponsored employees while performing their scope of practice activities in Valley
Baptist Medical Center? . . . . . . . . . . . . . . . . . . . . . . . . . . . ___ Yes  ✓ No

Name: _____ N A _____          Title_____
Name: _____ N A _____          Title_____

Board Certification:

Board #1:  American Board of Neurological Surgery
       Year certified:   1988    Year recertification required:
Board #2:  American Board of Spine Surgery
       Year certified:   1998    Year recertification required:

Licensure Information:   List all ACTIVE state licenses: (Attach copy(ies)

| State | Number | Expires |
|-------|--------|---------|
| Texas | G0796 | 11/30/00 |
| _____ | _____ | _____ |

Name: Pisharodi, Madhavan
UPIN No.: D73558
Medicaid No.: 20083BR6
Medicare No.: 0083BR
CLIA license No.: _____ N A _____ (Submit copy of certificate)
INS Visa Registration No: _____ N A _____ Date of Expiration: _____

Professional Liability Insurance: Complete the enclosed Liability Information form for ANY claims, judgments, settlements, etc. filed since your last reappointment. Copy the form if needed.

PLEASE PROVIDE DETAILED EXPLANATION FOR ALL AFFIRMATIVE ANSWERS

1. Since your last reappointment, have there been or are there currently pending, any professional liability claims, suits, settlements, or arbitration proceedings involving your professional training or practice? . . . . . . . . . . . . . . . . . (✓) Yes    ( ) No

2. Have you ever had a charge, conviction, deferred adjudication, or no-contest plea to any felony crime allegation? . . . . . . . . . . . . . . . . . . . . . . . ( ) Yes    (✓) No

3. Have you ever had a drug/alcohol-related offense brought against you? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ( ) Yes    (✓) No

4. Have any of the following been, or are currently in the process of being denied, revoked, suspended, sanctioned, reduced, limited, placed on probation, not renewed, involuntarily or voluntarily relinquished, or subject to investigation?

   Medical/Dental license in any State . . . . . . . . . . . . . . . . . . . ( ) Yes    (✓) No
   Medical/Dental staff membership at a Healthcare Facility . . ( ) Yes    (✓) No
   Clinical privileges or specific privilege at a facility . . . . . . . . ( ) Yes    (✓) No
   Managed Healthcare Plan affiliation &/or privileges . . . . . . . ( ) Yes    (✓) No
   DEA/DPS Registration . . . . . . . . . . . . . . . . . . . . . . . . . . . . ( ) Yes    (✓) No
   Board Certification/Recertification . . . . . . . . . . . . . . . . . . . ( ) Yes    (✓) No
   Private, State or Federal Insurance Program . . . . . . . . . . . . . ( ) Yes    (✓) No
   Medicaid/Medicare . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ( ) Yes    (✓) No

Are you competently and safely able to perform all the privileges that you have requested, with or without reasonable accommodations, according to accepted standards of professional performance. . . . . . . . . . . . . . . . . (✓) Yes    ( ) No

If you require reasonable accommodations to perform privileges requested, please describe _____

_____

_____

Name: Pisharodi, Madhavan

**Healthcare Affiliations:** (List ALL Hospitals, IPA, Managed Care Plans, AmSurg, etc. where you have known membership/privileges. If more space is needed, attach a separate list.)

1.  Affiliation:   Columbia Valley Regional Hospital
    Address:   100A ALTON GLOOR
    City/State/Zip:   BROWNSVILLE TX 78520 Staff Status:   ACTIVE
    Dates:   From 1989 To   Present
    Chief of Service:   N A

2.  Affiliation:   Knapp Medical Center
    Address:   1401 E Eigth
    City/State/Zip:   Weslaco TX.     Staff Status:   ACTIVE
    Dates:   From 1990 To   Present
    Chief of Service:   N A

3.  Affiliation:   University of Texas Medical Branch Hospital
    Address:   9112 O'John Sealy
    City/State/Zip:   GALVESTON TX     Staff Status:   ACTIVE
    Dates:   From 1993 To   Present
    Chief of Service:   HARRING J. NAUTA . M.D.

**Professional Peer References:** (If you DO NOT utilize VBMC as your primary facility for more than 60% of your patients, please provide three peer references. References must be of a like specialty who have recent firsthand knowledge of your clinical expertise and professional conduct. Two references may be a partner, but none may be personally related.

Reference #1:
Name   Jose Kuri, M.D.
Address   100A Alton Gloor
State/Zip   Brownsville, TX
Telephone No.:   (956) 350-4307     Reference's Specialty: Neurosurgery

Reference #2:
Name   James Walt Simmons, M.D.
Address   8122 Datapoint Suite 1200
State/Zip   San Antonio, TX 78229
Telephone No.:   (210) 614-3900     Reference's Specialty: Orthopedic Surgeon

Reference #3:
Name   Harring J. Nauta M.D.
Address
State/Zip   Galveston, TX
Telephone No.:   (409) 772-1500     Reference's Specialty: Neurosurgery

## VALLEY BAPTIST MEDICAL CENTER AND AFFILIATES
(Valley Health Care Network, Valley Baptist Ambulatory Surgery Center and Valley Baptist Health Plan, Inc.)
## ACKNOWLEDGMENT & CONSENT TO RELEASE OF INFORMATION

I agree to provide new and updated information as it occurs and to report any changes in my status that may be pertinent to any question on the application form or to any questions or concerns relating to my ability to practice competently and safely. I hereby affirm that the information furnished by me on this application is true to the best of my knowledge. I understand that if any omissions, misstatements or misrepresentations occur, whether intentional or unintentional, my application will not be processed further until the discrepancy is resolved. I will abide by all Bylaws, policies and procedures, and rules specific to the entity to which I have been appointed or with which I have contracted.

I hereby authorize agents/representatives of Valley Baptist Medical Center (hereinafter VBMC) or its designee, and the professional staff of VBMC affiliated entities to consult with members of other medical and dental staffs and any other third parties including but not limited to individuals at other facilities with which I am or have been affiliated who may have information bearing on my: professional qualifications; competence to perform the clinical privileges requested; character; ethics, behavior, or any other matter bearing on my ability to practice at VBMC and/or its entities competently and safely.

This authorization includes the right to inspect or obtain any documents, recommendations, reports, statements, or disclosures that may be relevant to such questions. I also expressly authorize said third parties to release such information to the authorized representatives of VBMC and/or its affiliated entities upon request.

I hereby also specifically authorize agents/representatives of VBMC to consult with authorized representatives of the Medical/Professional staff, Medical Staff Services, and the Quality Assessment (QA) department of VBMC and VBMC affiliated entities, or management at other healthcare facilities with which I have been affiliated regarding information about me including, as applicable, but not limited to the following: Total Admissions, Average LOS, Case Mix Index, Blood Utilization Issues, Diagnosis Discrepancy, Medical Record Suspensions, Surgical Cases Performed, Invasive Procedures Performed, Returns to OR, Mortality Rate, Infection Rate, Peer Review Issues, or any other actions.

To the fullest extent permitted by law, I extend immunity to and release from any and all liability from any and all authorized third parties for any acts, recommendations, reports, statements, communications, or disclosures involving me, which are made, taken or received by VBMC and/or its affiliated entities representatives relating to my application for medical/professional staff and clinical privileges, and other matters that might directly or indirectly relate to patient care, or to the orderly operation of VBMC and/or its affiliated entities.

By my signature below, I acknowledge that I understand and hereby agree to abide by all of the terms and conditions stated herein.

_____         7-10-00
Applicant's Signature                              Date

Print Applicant's Name:  MADHAVAN PISHARODI.

**COPY**

Name _Madhavan Pisharodi, M.D._

## DEPARTMENT OF MEDICINE PRIVILEGE DELINEATION

Privileges in the department of medicine are granted for both clinical areas and specific procedures. All physicians requesting privileges in the department of medicine are subject to the same application process regardless of specialty.

Three categories (levels) of clinical privileges may be granted for each clinical area listed below. The category of privilege requested, if any, in each area should be specified.

Category #1: Physicians with these privileges may treat commonly encountered, uncomplicated medical illnesses encountered within his/her field of practice. Consultation is advised in all cases in which doubt exists as to the diagnosis, where expected improvement is not soon apparent, and when specialized therapeutic or diagnostic techniques are indicated. This category of medical privileges will frequently be appropriate for physicians with an approved residency and/or Boards in Family Practice or equivalent experience.

Category #2: Physicians with these privileges may admit and treat all medical patients requiring skills obtained through experience and/or training and competence on a level commensurate with that provided by specialty training, such as in the broad field of internal medicine, although not necessarily at the level of the subspecialist. Such physicians may act as consultants to others and may, in turn, be expected to request consultation when:
a) diagnosis and/or management remain in doubt over an unduly long period of time, especially in the presence of a life-threatening illness;
b) unexpected complications arise which are outside this level of competence;
c) specialized treatment of procedures are contemplated with which they are not familiar.

Category #3: Physicians with these privileges have the highest level of competence within a given field, on a par with that considered appropriate for a subspecialist. They are qualified to act as consultants and should, in turn, request consultation from within or from outside the hospital staff whenever needed.

## CLINICAL AREAS

Write the number 1, 2 or 3 to indicate the category or privileges that you are requesting privileges.

_____ Allergy
_____ Cardiology
_____ Critical Care Medicine
_____ Dermatology
_____ Endocrinology & Metabolic Diseases
_____ Gastroenterology
_____ General Medicine
_____ Geriatrics
_____ Hematology

_____ Immunology
_____ Infectious Diseas
_____ Nephrology
_____ Neurology
_____ Oncology
_____ Physical Medicine
_____ Pulmonary Disease
_____ Psychiatry
_____ Rheumatology



## SPECIAL PROCEDURES

Check the procedures for which privileges are requested.
*Training Guidelines have been developed for these procedures.

## SPECIAL STUDIES, INVASIVE

[]*AICD
[] Arterial Puncture/Cannulation
[]*Arteriography
[] Arthrocentesis
[] Bronchial Brushing
[] Bronchial Lavage
[] Bone Marrow Aspiration
[]*Cardiac Catheterization
[]*Cardiac Pacemaker (Temporary)
[]*Cardiac Pacemaker (Permanent)
[]*Cardioversion (Elective)
[] Chest Tube Insertion
[]*EPS
[]*Hemodialysis

[]*IABP Insertion
[] Paracentesis, Abdominal
[]*Percutaneous Transluminal Aortic Valvuloplasty
[]*Percutaneous Transluminal Coronary Atherectomy
[]*Pericardiocentesis
[]*Peripheral Angioplasty
[]*Peritoneal Dialysis
[] Plasmapheresis
[]*PTCA
[] Spinal Tap
[] Subclavian Puncture
[] Swan-Ganz Catheterization
[] Thoracentesis
[] Transesophageal Echocardiography
[] Other_____

## BIOPSY AND EXCISION

Needle Biopsy of:
[] Bone Marrow
[] Kidney
[] Liver
[] Lung
[] Other _____

[]*Endomyocardial
[] Pleural Biopsy (Closed)
[] Skin Biopsy
[] Thyroid

[] Peritoneal Biopsy (Closed)
[] Pericardial Biopsy (Closed)
[] Small Intestinal Biopsy with
    Crosby Capsule and Shiner Tube

## ENDOSCOPY WITH BIOPSY

[] Bronchoscopy
[]*Colonoscopy
[]*Duodenoscopy
[]*ERCP
[] Stint Placement - Bile/Pancreas

[] EVS
[]*Spincterotomy
[]*Polypectomy
[] Peritoneoscopy

[] Esophageal Dilation
[] Coagulation Device
[] Sigmoidoscopy, Rigid
[]*Sigmoidoscopy, Flexible
[] Other_____

## SPECIAL STUDIES, NON-INVASIVE AND OTHER PROCEDURES

[] Acid Reflux Testing
[] Echocardiography
[] ECG Interpretation
[] EEG Interpretation
[] Electrical Cardioversion
[] Electromyography

[] Endotracheal Intubation
[] Esophageal Motility
[] Peripheral Vascular Studies (Noninvasive)
[] Pulmonary Function Interpretation
[] Respirator Management
[] Other_____

Signature
of Applicant _____       Date _____

VBMC 1965-227-0991

DELINEATION OF SURGICAL PRIVILEGES DESIRED

*COPY* (watermark)

| YES | NO | EYE SURGERY |
|---|---|---|
| ☐ | ☐ | Vitrectomy |
| ☐ | ☐ | Chalazion |
| ☐ | ☐ | Pterygium |
| ☐ | ☐ | Enucleation |
| ☐ | ☐ | Corneal laceration |
| ☐ | ☐ | Corneal transplant |
| ☐ | ☐ | Cataract |
| ☐ | ☐ | Strabismus |
| ☐ | ☐ | Dacryocystectomy |
| ☐ | ☐ | Glaucoma |
| ☐ | ☐ | Retinal detachment |
| ☐ | ☐ | Plastic on lids |
| ☐ | ☐ | Intraocular lens implant |

**EAR SURGERY**

External ear
| ☐ | ☐ | Incision, Excision, Plastic Repair |
| ☐ | ☐ | Removal foreign body |
| ☐ | ☐ | Reattachment amputated ear |

Middle ear
| ☐ | ☐ | Reconstruction & revision |
| ☐ | ☐ | Stapes mobilization |
| ☐ | ☐ | Stapedectomy |
| ☐ | ☐ | With incus replacement |
| ☐ | ☐ | Other ossicular chain operation |
| ☐ | ☐ | Tympanoplasty |
| ☐ | ☐ | Myringotomy, with/without tubes |
| ☐ | ☐ | Mastoidectomy |

Inner ear
| ☐ | ☐ | Diagnostic procedures |
| ☐ | ☐ | Fenestration |
| ☐ | ☐ | Electrocochleography |
| ☐ | ☐ | Eustachian tube |

**NASAL SURGERY**

Nose
| ☐ | ☐ | Control of epistaxis |
| ☐ | ☐ | Incision, Excision, Plastic Repair |
| ☐ | ☐ | Removal foreign body |
| ☐ | ☐ | Reduction of fracture |

Nasal Sinuses
| ☐ | ☐ | Sinusotomy, Sinusectomy |
| ☐ | ☐ | Maxillary antrotomy, Caldwell-Luc |

**MOUTH SURGERY**

Tongue
| ☐ | ☐ | Biopsy |
| ☐ | ☐ | Glossectomy |
| ☐ | ☐ | Glossoplasty |

Salivary Glands & Ducts
| ☐ | ☐ | Incision, Excision, Biopsy |
| ☐ | ☐ | Excision Lesion |
| ☐ | ☐ | Repair |

Bony Palate
| ☐ | ☐ | Incision, Excision, Biopsy |
| ☐ | ☐ | Palatoplasty & revision |

Lip & Mouth
| ☐ | ☐ | Incision, excision, biopsy |
| ☐ | ☐ | Suture |
| ☐ | ☐ | Repair cleft lip |
| ☐ | ☐ | Full thickness skin graft |
| ☐ | ☐ | Pedicle or flap graft |

Tonsils, Adenoids, Pharynx
| ☐ | ☐ | Tonsillectomy and/or Adenoidectomy |

| YES | NO | |
|---|---|---|
| ☐ | ☐ | Biopsy |
| ☐ | ☐ | Excision |
| ☐ | ☐ | Control of postop hemorrhage |
| ☐ | ☐ | Other incision, excision & plastic repair |

**RESPIRATORY SYSTEM**

Larynx
| ☐ | ☐ | Incision, Excision, Biopsy |
| ☐ | ☐ | Destruction of lesion |
| ☐ | ☐ | Laryngectomy |
| ☐ | ☐ | Tracheotomy, tracheostomy |
| ☐ | ☐ | Closure fistula of larynx |
| ☐ | ☐ | Closure fistula trachea |

**GENERAL SURGERY**

| ☐ | ☐ | Skin tumors |
| ☐ | ☐ | Split thickness grafts |
| ☐ | ☐ | Wolff grafts |
| ☐ | ☐ | Pedicle grafts |
| ☐ | ☐ | Skin lacerations |
| ☐ | ☐ | Extensive burns |
| ☐ | ☐ | Parotid gland surgery |
| ☐ | ☐ | Lip and tongue surgery |
| ☐ | ☐ | Ranula |
| ☐ | ☐ | Epulis |
| ☐ | ☐ | Resection of jaw |
| ☐ | ☐ | Thyroglossal ducts |
| ☐ | ☐ | Branchial clefts |
| ☐ | ☐ | Pharyngoesoph diverticulum |
| ☐ | ☐ | Thyroidectomy |
| ☐ | ☐ | Breast biopsy |
| ☐ | ☐ | Mastectomy |
| ☐ | ☐ | Thoracentesis and closed drainage |
| ☐ | ☐ | Rib resect. for empyema |
| ☐ | ☐ | Thoracoplasty |
| ☐ | ☐ | Intrathoracic surgery |
| ☐ | ☐ | Esophageal resection |
| ☐ | ☐ | Surgery of diaphragm |
| ☐ | ☐ | Cardiac Surgery with cardiopulmonary bypass |
| ☐ | ☐ | Vascular surgery |
| ☐ | ☐ | Paracentesis |
| ☐ | ☐ | Closure perforated ulcer |
| ☐ | ☐ | Other gastric surgery |
| ☐ | ☐ | Ramstedt |
| ☐ | ☐ | Gallbladder and common duct surgery |
| ☐ | ☐ | Solenectomy |
| ☐ | ☐ | Pancreatic surgery |
| ☐ | ☐ | Small and large bowel surgery |
| ☐ | ☐ | Appendectomy |
| ☐ | ☐ | Abdominoperineal resection |
| ☐ | ☐ | Abdominal exploration |
| ☐ | ☐ | I & D intraabdominal abscesses |
| ☐ | ☐ | Liver resection |
| ☐ | ☐ | Inguinal hernia |
| ☐ | ☐ | Ventral or femoral hernia |
| ☐ | ☐ | Pilonidal cyst |
| ☐ | ☐ | Hemorrhoids |
| ☐ | ☐ | Fistula in ano |
| ☐ | ☐ | Hand infections (major) |
| ☐ | ☐ | Hand infections (minor) |

**NEUROLOGICAL SURGERY**
| ✓ | ☐ | Skull fractures |
| ✓ | ☐ | Craniotomy |
| ☐ | ☐ | Sympathectomy |

| YES | NO | |
|---|---|---|
| ✓ | ☐ | Spinal surgery |
| ✓ | ☐ | Spinal fracture |
| ✓ | ☐ | Periph. nerve surgery |
| ✓ | ☐ | Vascular surgery |
| ✓ | ☐ | Neck |
| ✓ | ☐ | Microvascular Surgery |
| ✓ | ☐ | Subarachnoid Puncture |
| ☐ | ☐ | Diagnostic radiologic procedures |
| ☐ | ☐ | Chymopapain disc injection |

**UROLOGICAL SURGERY**
| ☐ | ☐ | Nephrectomy |
| ☐ | ☐ | Pyelotomy |
| ☐ | ☐ | Ureterotomy |
| ☐ | ☐ | Cystostomy |
| ☐ | ☐ | Open prostatectomy |
| ☐ | ☐ | Suprapubic bladder surgery |
| ☐ | ☐ | Cystectomy |
| ☐ | ☐ | Cystoscopy & retrograde pyelogram |
| ☐ | ☐ | Transurethral cysto. & prostate surgery |
| ☐ | ☐ | Hydrocele, spermatocele, varicocele |
| ☐ | ☐ | Vasectomy |
| ☐ | ☐ | Testicular surgery |
| ☐ | ☐ | Circumcision & meatotomy |
| ☐ | ☐ | Major surgery of penis |
| ☐ | ☐ | Prosthetic implant procedures |
| ☐ | ☐ | Urethral suspension |
| ☐ | ☐ | Urinary Fistula Repair |
| ☐ | ☐ | Ureteral Transplantation |
| ☐ | ☐ | Intestinal conduit |
| ☐ | ☐ | Urethral caruncle surgery |

_____
_____
_____
_____
_____
_____

**\*LASER**

| | | |
|---|---|---|
| ___ | ___ | CO² |
| ___ | ___ | Yag |
| ___ | ___ | KTP |
| ___ | ___ | Argon |
| | | Other: _____ |

_____
_____

COPY
Of last
years.

BA

| DELINEATION OF OBSTETRICAL PRIVILEGES DESIRED | YES | NO | | YES | NO | |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | Spont. delivery, vertex presentation | ☐ | ☐ | Evacuation of vulvar hematomata |
| | ☐ | ☐ | Episiotomy and repair | ☐ | ☐ | Circumcision of infant |
| | ☐ | ☐ | Breech delivery | ☐ | ☐ | Repair of 3rd & 4th degree lacerations |
| | ☐ | ☐ | Multiple pregnancy | ☐ | ☐ | Excision of vulvar lesions at delivery |
| | ☐ | ☐ | Low forceps — occiput anterior | ☐ | ☐ | Excision of vaginal cysts |
| | ☐ | ☐ | Mid forceps delivery | ☐ | ☐ | Uterine packing |
| | ☐ | ☐ | Preeclampsia | ☐ | ☐ | Currettage |
| | ☐ | ☐ | Mild | ☐ | ☐ | Abortion aspiration &/or currettage |
| | ☐ | ☐ | Moderate | ☐ | ☐ | Postpartum |
| | ☐ | ☐ | Severe | ☐ | ☐ | Resuscitation of infant |
| | ☐ | ☐ | Eclampsia | ☐ | ☐ | Cervical biopsy during pregnancy — also conization of cervix |
| | ☐ | ☐ | Cesarean section | | | |
| | ☐ | ☐ | Version and extraction | | | |
| | ☐ | ☐ | Manual removal of placenta | ☐ | ☐ | Repair of incompetent internal cervical os — cerclage, etc. |
| | ☐ | ☐ | Repair of cervical lacerations | | | |
| | ☐ | ☐ | Cesarean hysterectomy | ☐ | ☐ | Inversion of uterus |
| | ☐ | ☐ | Hypogastric Art. ligation | ☐ | ☐ | Amniocentesis |
| | ☐ | ☐ | Ectopic pregnancy — salpingectomy | ☐ | ☐ | Management of fetal death in utero |
| | ☐ | ☐ | Treatment of medical complications of obstetrics — heart, lungs, kidney, anemia, diabetes, etc. | ☐ | ☐ | Induction of labor |
| | | | | ☐ | ☐ | Epidural anesthesia |
| | | | | ☐ | ☐ | Multiple pregnancy |
| | ☐ | ☐ | Piper forceps application to aftercoming head | ☐ | ☐ | _____ |
| | ☐ | ☐ | Repair of uterine lacerations | ☐ | ☐ | _____ |
| | ☐ | ☐ | Repair of vaginal lacerations | ☐ | ☐ | _____ |
| | ☐ | ☐ | Abdominal pregnancy | ☐ | ☐ | _____ |
| | ☐ | ☐ | Amniotomy | ☐ | ☐ | _____ |
| | ☐ | ☐ | Anesthesia — pudendal block, local | ☐ | ☐ | _____ |
| | ☐ | ☐ | Spinal | | | |

| DELINEATION OF ORTHOPEDIC PRIVILEGES DESIRED | YES | NO | | YES | NO | |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | Fractures, Extremities | ☐ | ☐ | Hand surgery |
| | ☐ | ☐ | Spinal Fx. stabilization — halo | ☐ | ☐ | Tendon repair |
| | ☐ | ☐ | Spinal Fx. stabilization — ORIF | ☐ | ☐ | Micro vascular surgery of extremity |
| | ☐ | ☐ | Spinal Fx. stabilization — fusion | | | |
| | ☐ | ☐ | Spine surgery tumor of bone | ☐ | ☐ | Micro hand surgery |
| | ☐ | ☐ | Spine surgery laminectomy | ☐ | ☐ | Re-implantation surgery |
| | ☐ | ☐ | Joint arthroplasty — foot | ☐ | ☐ | Amputation surgery |
| | ☐ | ☐ | Joint arthroplasty — hand | ☐ | ☐ | Radical tumor surgery — Axial skeleton |
| | ☐ | ☐ | Joint arthroplasty — total joint | ☐ | ☐ | Radical tumor surgery — Pelvis |
| | ☐ | ☐ | Joint arthroplasty — revisional | ☐ | ☐ | Radical tumor surgery — Extremity |
| | ☐ | ☐ | Joint arthroplasty — methyl methacrylate used | ☐ | ☐ | Arthroplasty of multiple joints |
| | ☐ | ☐ | Complicated Fx. nonunions | ☐ | ☐ | Complex ligamentous reconstruction |
| | ☐ | ☐ | Electrical bone stimulator implanted | ☐ | ☐ | Pediatric orthopedic surgery |
| | ☐ | ☐ | Complicated osteomyelitis surgery | ☐ | ☐ | _____ |
| | ☐ | ☐ | Fx. bracing technique | ☐ | ☐ | _____ |
| | ☐ | ☐ | External fixation technique | ☐ | ☐ | _____ |
| | ☐ | ☐ | Arthroscopic surgery | ☐ | ☐ | _____ |
| | ☐ | ☐ | Flouroscopic reductions | ☐ | ☐ | _____ |
| | ☐ | ☐ | Foot surgery | | | |

| DELINEATION OF PATHOLOGY PRIVILEGES DESIRED | YES | NO | | YES | NO | |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | Clinical pathology | ☐ | ☐ | _____ |
| | ☐ | ☐ | Anatomic pathology | ☐ | ☐ | _____ |
| | ☐ | ☐ | Autopsy | ☐ | ☐ | _____ |
| | | | Aspirations | ☐ | ☐ | _____ |
| | ☐ | ☐ | Bone | ☐ | ☐ | _____ |
| | ☐ | ☐ | Liver | ☐ | ☐ | _____ |
| | ☐ | ☐ | Radioisotope scanning | ☐ | ☐ | _____ |
| | ☐ | ☐ | Cytology | | | |

DELINEATION OF GYNECOLOGICAL PRIVILEGES

Name _____

Board Active Candidate Status _____

Board Certified _____

Subspeciality Board Active Candidate Status _____

Subspeciality Board Certified _____

CATEGORY I

Diagnosis and therapy with minimal threat to life.
Privileges granted to physicians with minimal formal training
in the discipline, but with training and experience in the
care of specific conditions.
____A. Assistance in gynecologic surgery

CATEGORY II

Major diagnosis and therapy, but with no significant threat
to life.  Privileges granted to physicians with significant
graduate training in the specialty related to diagnosis
and therapy, i.e.
* Evaluation of training and experience in Gynecology in
  an approved training program.
* Experience in the care of specific conditions
    ____A. Category I
    ____B. Minor gynecologic surgery:
            ____1. D&C (no pregnancy)
            ____2. I&D of Bartholin Gland
            ____3. I&D of Perineal Abcess
            ____4. Biopsy of vulva
            ____5. Biopsy of Cervix (non-cone)
            ____6. Culdocentesis
            ____7. Removal of foreign body from vagina and
                   uterus
____C. Any other privileges requested, need proof of training

CATEGORY III

Major diagnosis and therapy with possible serious threat
to life.  Privileges are granted to physicians who have
completed residency training in Gynecology or with extensive
training or experience in the care of specific conditions
and are approved for the Active Candidate Status or Board
Certified by the American College of Obstetrics and
Gynecology.

9

★ DELINEATION OF PEDIATRIC PRIVILEGES

See
Pg. 12

BOARD QUALIFIED  _____
BOARD CERTIFIED  _____
SUBSPECIALTY BOARD QUALIFIED  _____
SUBSPECIALTY BOARD CERTIFIED  _____

I.  PEDIATRIC PRIVILEGES (Privileges to perform emergency lifesaving procedures are automatically granted to all staff physicians).

\_\_\_  CATEGORY 0
Privileges usually granted a non-pediatrician specialty consultant who, in the opinion of attending physician or Chief of Pediatrics is capable of performing diagnostic consultations and/or specialty services urgently needed in case of critically ill patient or one with diagnostic problem.

\_\_\_  CATEGORY 1
Illness or problem with no apparent serious threat to life.  (This category is intended for family physicians; non-pediatric subspecialist).

\_\_\_  CATEGORY 2
Illness or problem requiring skills usually acquired after one year of pediatric training or its equivalent in experience.

\_\_\_  CATEGORY 3
Complex or severe illness usually requiring skills acquired after pediatric training sufficient for Board eligibility or its equivalent in experience.  (This would not include intensive care privileges).

\_\_\_  CATEGORY 4
Intensive care of children.

A.  Ventilatory support
\_\_\_  1.  with consult
\_\_\_  2.  without consult

B.  Advanced Life Support includes monitoring of central lines, arterial lines, vasoactive drug drips;
\_\_\_  1.  with consult
\_\_\_  2.  without consult

C.  Multisystem failure
\_\_\_  1.  with consult
\_\_\_  2.  without consult

D.  Hyperalimentation
\_\_\_  1.  with consult
\_\_\_  2.  without consult

\_\_\_  CATEGORY 5
Illness or problem requiring expertise acquired only during subspecialty training or similar experience.

SUBSPECIALTY PRACTICE  _____

10

COPY

II.  NEONATAL PRIVILEGES

___  Class A
Normal newborn care for infant greater than 2500 grams.  (For those requesting category 0, 1, and 2)

___  Class B
Care of LGA, SGA, and infants less than 2500 grams with non-life threatening illness, and not requiring ventilatory support.  (For those requesting Categories 0, 1, 2, and 3)

___  CLASS C
Infants who normally require the care of individual with training or experience in neonatalogy.

___  1. Birth weight 1500 grams or less
      ___ with consult
      ___ without consult
___  2. Gestation 32 weeks or less
      ___ with consult
      ___ without consult
___  3. Birth asphyxia with combine Apgar score of 4 to 6
      ___ with consult
      ___ without consult
___  4. Cyanotic spells
      ___ with consult
      ___ without consult
___  5. Apneic spell
      ___ with consult
      ___ without consult
___  6. Seizures
      ___ with consult
      ___ without consult
___  7. Moderate respiratory distress, not requiring assisted ventilation CPAP or FIO more than 0.50.
      ___ with consult
      ___ without consult
___  8. Severe IUGR
      ___ with consult
      ___ without consult
___  9. Congenital malformations requiring major surgical procedure but not immediately life threatening.  (Myelominingocele)
      ___ with consult
      ___ without consult
___ 10. Intravascular catheters (UAC, UVC)
      ___ with consult
      ___ without consult
___ 11. Hemolytic disease requiring exchange transfusions (No hydrops)
      ___ with consult
      ___ without consult
___ 12. Sepsis nonatorum
      ___ with consult
      ___ without consult

COPY

___ CLASS D
Infants normally requiring the care of individual with extensive training or experience in neonatology.

___  1. Birth weight 1000 grams or less.
    ___ with consult
    ___ without consult
___  2. Gestation 28 weeks or less.
    ___ with consult
    ___ without consult
___  3. Severe birth asphyxia with combined Apgar score of 4 or less.
    ___ with consult
    ___ without consult
___  4. Acute renal failure
    ___ with consult
    ___ without consult
___  5. Respiratory failure/assisted ventilation/CPAP.
    ___ with consult
    ___ without consult
___  6. Neonatal shock.
    ___ with consult
    ___ without consult
___  7. Vasoactive drug drips.
    ___ with consult
    ___ without consult
___  8. Life threatening surgical emergencies (including but not limited to)

    a. Diaphragmatic hernia
    b. T.E.F.
    c. Intestinal obstruction
    d. N.E.C.
    e. Tension pneumothorax

    ___ with consult
    ___ without consult
___  9. Cyanotic congenital heart disease
    ___ with consult
    ___ without consult
___ 10. Multiple metabolic problems in the same infant.
    ___ with consult
    ___ without consult
___ 11. Severe hemolytic disease with hydrops
    ___ with consult
    ___ without consult
___ 12. Hemorrhagic anemia with shock
    ___ with consult
    ___ without consult
___ 13. Central hyperalimentation
    ___ with consult
    ___ without consult
___ 14. Persistent central cyanosis
    ___ with consult
    ___ without consult

12

COPY

III.  SURGICAL PROCEDURES

(Venipuncture, repair of lacerations, and incision and drainage of superficial abcesses are automatically permitted)

___ Neonatal circumcision
___ Myringotomy
___ Splinting of simple fractures or dislocations
___ Peripheral venous cutdown
___ Peripheral arterial cutdown
___ Umbilical catheterization
___ Exchange transfusion
___ Tube placement for thoracostomy
   ___ Elective
   ___ Non-Elective
✓ Intubation
   ___ Life threatening emergency only
   ___ Preterm neonate
   ___ Term neonate
   ___ 1-18 months of age
   ___ 18 months to five years
   ___ 5-20 years

IV.  DIAGNOSTIC PROCEDURES

___ Proctoscopy
✓ Subdural Tap
___ Abdominal Paracentesis
___ Thoracentesis
___ Bone Marrow Aspiration
___ Peripheral Arterial Puncture
✓ Lumbar Puncture
   ✓ 0-18 months
   ✓ 18 months - 6 years
   ✓ Greater than 6 years.

___ Bladder Tap
___ Arthrocentesis
___ Skin Biopsy
___ Laryngoscopy
___ Other
___
___

Name _____    June 2000

## DEPARTMENT OF MEDICINE PRIVILEGE DELINEATION

Privileges in the department of medicine are granted for both clinical areas and specific procedures. All physicians requesting privileges in the department of medicine are subject to the same application process regardless of specialty.

Three categories (levels) of clinical privileges may be granted for each clinical area listed below. The category of privilege requested, if any, in each area should be specified.

Category #1: Physicians with these privileges may treat commonly encountered, uncomplicated medical illnesses encountered within his/her field of practice. Consultation is advised in all cases in which doubt exists as to the diagnosis, where expected improvement is not soon apparent, and when specialized therapeutic or diagnostic techniques are indicated. This category of medical privileges will frequently be appropriate for physicians with an approved residency and/or Boards in Family Practice or equivalent experience.

Category #2: Physicians with these privileges may admit and treat all medical patients requiring skills obtained through experience and/or training and competence on a level commensurate with that provided by specialty training, such as in the broad field of internal medicine, although not necessarily at the level of the subspecialist. Such physicians may act as consultants to others and may, in turn, be expected to request consultation when:
a) diagnosis and/or management remain in doubt over an unduly long period of time, especially in the presence of a life-threatening illness;
b) unexpected complications arise which are outside this level of competence;
c) specialized treatment of procedures are contemplated with which they are not familiar.

Category #3: Physicians with these privileges have the highest level of competence within a given field, on a par with that considered appropriate for a subspecialist. They are qualified to act as consultants and should, in turn, request consultation from within or from outside the hospital staff whenever needed.

## CLINICAL AREAS

Write the number 1, 2 or 3 to indicate the category or privileges in each area that you are requesting privileges.

| | |
|---|---|
| _____ Allergy | _____ Immunology |
| _____ Cardiology | _____ Infectious Diseases |
| _____ Critical Care Medicine | _____ Nephrology |
| _____ Dermatology | _____ Neurology |
| _____ Endocrinology & Metabolic Diseases | _____ Oncology |
| _____ Gastroenterology | _____ Physical Medicine & Rehabilitation |
| _____ General Medicine | _____ Pulmonary Disease |
| _____ Geriatrics | _____ Psychiatry |
| _____ Hematology | _____ Rheumatology |

**DELINEATION OF SURGICAL PRIVILEGES DESIRED**

## EYE SURGERY

| YES | NO | |
|-----|-----|---|
| ☐ | ☐ | Vitrectomy |
| ☐ | ☐ | Chalazion |
| ☐ | ☐ | Pterygium |
| ☐ | ☐ | Enucleation |
| ☐ | ☐ | Corneal laceration |
| ☐ | ☐ | Corneal transplant |
| ☐ | ☐ | Cataract |
| ☐ | ☐ | Strabismus |
| ☐ | ☐ | Dacryocystectomy |
| ☐ | ☐ | Glaucoma |
| ☐ | ☐ | Retinal detachment |
| ☐ | ☐ | Plastic on lids |
| ☐ | ☐ | Intraocular lens implant |

## EAR SURGERY

**External ear**

| YES | NO | |
|-----|-----|---|
| ☐ | ☐ | Incision, Excision, Plastic Repair |
| ☐ | ☐ | Removal foreign body |
| ☐ | ☐ | Reattachment amputated ear |

**Middle ear**

| YES | NO | |
|-----|-----|---|
| ☐ | ☐ | Reconstruction & revision |
| ☐ | ☐ | Stapes mobilization |
| ☐ | ☐ | Stapedectomy |
| ☐ | ☐ | With incus replacement |
| ☐ | ☐ | Other ossicular chain operation |
| ☐ | ☐ | Tympanoplasty |
| ☐ | ☐ | Myringotomy, with--without tubes |
| ☐ | ☐ | Mastoidectomy |

**Inner ear**

| YES | NO | |
|-----|-----|---|
| ☐ | ☐ | Diagnostic procedures |
| ☐ | ☐ | Fenestration |
| ☐ | ☐ | Electrocochleography |
| ☐ | ☐ | Eustachian tube |

## NASAL SURGERY

**Nose**

| YES | NO | |
|-----|-----|---|
| ☐ | ☐ | Control of epistaxis |
| ☐ | ☐ | Incision, Excision, Plastic Repair |
| ☐ | ☐ | Removal foreign body |
| ☐ | ☐ | Reduction of fracture |

**Nasal Sinuses**

| YES | NO | |
|-----|-----|---|
| ☐ | ☐ | Sinusotomy, Sinusectomy |
| ☐ | ☐ | Maxillary antrotomy, Caldwell-Luc |

## MOUTH SURGERY

**Tongue**

| YES | NO | |
|-----|-----|---|
| ☐ | ☐ | Biopsy |
| ☐ | ☐ | Glossectomy |
| ☐ | ☐ | Glossoplasty |

**Salivary Glands & Ducts**

| YES | NO | |
|-----|-----|---|
| ☐ | ☐ | Incision, Excision, Biopsy |
| ☐ | ☐ | Excision Lesion |
| ☐ | ☐ | Repair |

**Bony Palate**

| YES | NO | |
|-----|-----|---|
| ☐ | ☐ | Incision, Excision, Biopsy |
| ☐ | ☐ | Palatoplasty & revision |

**Lip & Mouth**

| YES | NO | |
|-----|-----|---|
| ☐ | ☐ | Incision, excision, biopsy |
| ☐ | ☐ | Suture |
| ☐ | ☐ | Repair cleft lip |
| ☐ | ☐ | Full thickness skin graft |
| ☐ | ☐ | Pedicle or flap graft |

**Tonsils, Adenoids, Pharynx**

| YES | NO | |
|-----|-----|---|
| ☐ | ☐ | Tonsillectomy and/or Adenoidectomy |

| YES | NO | |
|-----|-----|---|
| ☐ | ☐ | Biopsy |
| ☐ | ☐ | Excision |
| ☐ | ☐ | Control of postol hemorrhage |
| ☐ | ☐ | Other incision, excision & plastic repair |

**RESPIRATORY SYSTEM**

**Larynx**

| YES | NO | |
|-----|-----|---|
| ☐ | ☐ | Incision, Excision, Biopsy |
| ☐ | ☐ | Destruction of lesion |
| ☐ | ☐ | Laryngectomy |
| ☐ | ☐ | Tracheotomy, tracheostomy |
| ☐ | ☐ | Closure fistula of larynx |
| ☐ | ☐ | Closure fistula trachea |

**GENERAL SURGERY**

| YES | NO | |
|-----|-----|---|
| ☐ | ☐ | Skin tumors |
| ☐ | ☐ | Split thickness grafts |
| ☐ | ☐ | Wolff grafts |
| ☐ | ☐ | Pedicle grafts |
| ☐ | ☐ | Skin lacerations |
| ☐ | ☐ | Extensive burns |
| ☐ | ☐ | Parotid gland surgery |
| ☐ | ☐ | Lip and tongue surgery |
| ☐ | ☐ | Ranula |
| ☐ | ☐ | Epulis |
| ☐ | ☐ | Resection of jaw |
| ☐ | ☐ | Thyroglossal ducts |
| ☐ | ☐ | Branchial clefts |
| ☐ | ☐ | Pharyngocoele, diverticulum |
| ☐ | ☐ | Thyroidectomy |
| ☐ | ☐ | Breast biopsy |
| ☐ | ☐ | Mastectomy |
| ☐ | ☐ | Thoracentesis and closed drainage |
| ☐ | ☐ | Rib resect. for empyema |
| ☐ | ☐ | Thoracoplasty |
| ☐ | ☐ | Intrathoracic surgery |
| ☐ | ☐ | Esophageal resection |
| ☐ | ☐ | Surgery of diaphragm |
| ☐ | ☐ | Cardiac Surgery with cardiopulmonary bypass |
| ☐ | ☐ | Vascular surgery |
| ☐ | ☐ | Paracentesis |
| ☐ | ☐ | Closure perforated ulcer |
| ☐ | ☐ | Other gastric surgery |
| ☐ | ☐ | Ramstedt |
| ☐ | ☐ | Gallbladder and common duct surgery |
| ☐ | ☐ | Splenectomy |
| ☐ | ☐ | Pancreatic surgery |
| ☐ | ☐ | Small and large bowel surgery |
| ☐ | ☐ | Appendectomy |
| ☐ | ☐ | Abdominoperineal resection |
| ☐ | ☐ | Abdominal exploration |
| ☐ | ☐ | I & D intraabdominal abscesses |
| ☐ | ☐ | Liver resection |
| ☐ | ☐ | Inguinal hernia |
| ☐ | ☐ | Ventral or femoral hernia |
| ☐ | ☐ | Pilonidal cyst |
| ☐ | ☐ | Hemorrhoids |
| ☐ | ☐ | Fistula in ano |
| ☐ | ☐ | Hand infections (major) |
| ☐ | ☐ | Hand infections (minor) |

**NEUROLOGICAL SURGERY**

| YES | NO | |
|-----|-----|---|
| ☑ | ☐ | Skull fractures |
| ☑ | ☐ | Craniotomy |
| ☑ | ☐ | Sympathectomy |

| YES | NO | |
|-----|-----|---|
| ☑ | ☐ | Spinal surgery |
| ☑ | ☐ | Spinal fracture |
| ☑ | ☐ | Periph. nerve surgery |
| ☑ | ☐ | Vascular surgery |
| ☑ | ☐ | Neck |
| ☑ | ☐ | Microvascular Surgery |
| ☑ | ☐ | Subarachnoid Puncture, |
| ☐ | ☐ | Diagnostic radiologic procedures |
| ☐ | ☐ | Chymopapain disc injection |

**UROLOGICAL SURGERY**

| YES | NO | |
|-----|-----|---|
| ☐ | ☐ | Nephrectomy |
| ☐ | ☐ | Pyelotomy |
| ☐ | ☐ | Ureterotomy |
| ☐ | ☐ | Cystostomy |
| ☐ | ☐ | Open prostatectomy |
| ☐ | ☐ | Suprapubic bladder surgery |
| ☐ | ☐ | Cystectomy |
| ☐ | ☐ | Cystoscopy & retrograde pyelogram |
| ☐ | ☐ | Transurethral cysto. & prostate surgery |
| ☐ | ☐ | Hydrocele, spermatocele, varicocele |
| ☐ | ☐ | Vasectomy |
| ☐ | ☐ | Testicular surgery |
| ☐ | ☐ | Circumcision & meatotomy |
| ☐ | ☐ | Major surgery of penis |
| ☐ | ☐ | Prosthetic implant procedures |
| ☐ | ☐ | Urethral suspension |
| ☐ | ☐ | Urinary Fistula Repair |
| ☐ | ☐ | Ureteral Transplantation |
| ☐ | ☐ | Intestinal conduit |
| ☐ | ☐ | Urethral caruncle surgery |
| ☐ | ☐ | _____ |
| ☐ | ☐ | _____ |
| ☐ | ☐ | _____ |
| ☐ | ☐ | _____ |
| ☐ | ☐ | _____ |

**\*LASER**

| | |
|---|---|
| ___ | CO$^2$ |
| ___ | Yag |
| ___ | KTP |
| ___ | Argon |
| ___ | Other: _____ |
| | _____ |

(signature) 4-10-00

III.  SURGICAL PROCEDURES

(Venipuncture, repair of lacerations, and incision and drainage of superficial abcesses are automatically permitted)

___  Neonatal circumcision
___  Myringotomy
___  Splinting of simple fractures or dislocations
___  Peripheral venous cutdown
___  Peripheral arterial cutdown
___  Umbilical catheterization
___  Exchange transfusion
___  Tube placement for thoracostomy
     ___  Elective
     ___  Non-Elective
✓  Intubation
     ✓  Life threatening emergency only
     ___  Preterm neonate
     ___  Term neonate
     ___  1-18 months of age
     ___  18 months to five years
     ___  5-20 years

IV.  DIAGNOSTIC PROCEDURES

___  Proctoscopy                        ___  Bladder Tap
✓  Subdural Tap                        ___  Arthrocentesis
___  Abdominal Paracentesis             ___  Skin Biopsy
___  Thoracentesis                      ___  Laryngoscopy
✓  Bone Marrow Aspiration              ___  Other
✓  Peripheral Arterial Puncture        ___
✓  Lumbar Puncture                     ___
     ___  0-18 months
     ___  18 months - 6 years
     ___  Greater than 6 years.

# VALLEY BAPTIST MEDICAL CENTER
## PROFESSIONAL LIABILITY INFORMATION FORM

All applicants are required to provide information on any professional liability claims, complaints, settlements, or causes of action that have been lodged against him/her and the status of such issues. Please complete an individual form for each incident in which you have been involved.

Regarding: *Jose Cabello* vs *Applicant*

Identify your professional relationship to the alleged injured party: _____
*Consultant*

Status    ___ Sole Defendant
        ✓ Co-Defendant with *Driscoll Hospital, BmC, Dr. Mejia*
        ___ Other

Please provide an explanation of the alleged issues: *Substandard care in a severely retarded patient with hydrocephalus who died of pneumonia and possible shunt obstruction at age 5 three days after shunt revision. Patient was transferred the day after shunt revision to Corpus Christi.*

County Filed *Cameron*      State: *Tx*
Date Filed: *4/00*
     ✓ Pending
     ___ Allegations removed/dismissed    Date_____
     ___ Closed without payment    Date_____
     ___ Pre-trial settlement ($_____) Date_____
     ___ Lawsuit filed    Date_____

Insurance Carrier handling the incident:
Name of _____
Policy No.: _____

_____     *7/10/00*
Applicant's Signature             Date

# VALLEY BAPTIST MEDICAL CENTER
## PROFESSIONAL LIABILITY INFORMATION FORM

All applicants are required to provide information on any professional liability claims, complaints, settlements, or causes of action that have been lodged against him/her and the status of such issues. Please complete an individual form for each incident in which you have been involved.

Regarding: _Willie Owens_ vs _Applicant_

Identify your professional relationship to the alleged injured party: _Treating Doctor_

Status   ✓   Sole Defendant
      ___   Co-Defendant with _____
      ___   Other _____

Please provide an explanation of the alleged issues: _Patient had L4/5 discketomy Lawsuit allegion surgery at wrong level at L3/4. Discogram later showed surgery at L4/5 level. by this time patient had chronic pain syndrome and 14 yrs after the lawsuit insurance decided to settle the case because of the unpredictable Mississippi jury._

County Filed _Lowndes_      State: _MS_
Date Filed: _1987 December_
   ___   Pending
   ___   Allegations removed/dismissed    Date_____
   ___   Closed without payment    Date_____
   ✓   Pre-trial settlement ($ _500,000_   ) Date _4/00_
   ___   Lawsuit filed    Date_____

Insurance Carrier handling the incident:
Name of
Policy No.: _____

_____          _7/10/00_
Applicant's Signature              Date



# VALLEY BAPTIST MEDICAL CENTER
## PROFESSIONAL LIABILITY INFORMATION FORM

All applicants are required to provide information on any professional liability claims, complaints, settlements, or causes of action that have been lodged against him/her and the status of such issues. Please complete an individual form for each incident in which you have been involved.

Regarding: _Fernando Pineda_     vs _Applicant_

Identify your professional relationship to the alleged injured party: _Treating Physician_

Status     ____ Sole Defendant
         _✓_ Co-Defendant with _Dr. Simmons, Dr. Kuri, CVRMC_
         ____ Other _____

Please provide an explanation of the alleged issues: _Patient had surgery for spine fracture. Patient was moving legs after surgery. In the recovery room patient developed hypotension, hypoxia and severe acidosis. Patient now developed anterior spinal artery syndrome after the episode._
_Insurance settled against my objective._

County Filed _Cameron_     State: _Texas_
Date Filed: _____
         ____ Pending
         ____ Allegations removed/dismissed    Date_____
         ____ Closed without payment    Date_____
         _✓_ Pre-trial settlement ($_140,000_ ) Date _2/00_
         ____ Lawsuit filed    Date_____

Insurance Carrier handling the incident:
Name of _____
Policy No.: _____

_____        _7/10/00_
Applicant's Signature             Date

## Valley Baptist Medical Center

2101 Pease Street   P.O. Drawer 2588   Harlingen, Texas 78551-2588   (956) 389-1100

James G. Springfield, CHE
Chief Operating Officer

### LETTER OF AGREEMENT

Physician Name:          Madhavan A.P. Pisharodi, M.D.                          11-6-01
Address:                 942 Wildrose Lane
                         Brownsville, Tx 78520
Social Security Number:  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
Tax ID Number:

                                    Re:   Agreement to Participate on Valley Baptist
                                          Medical Center's First Response Team

Dear Doctor Pisharodi:

You have been selected to participate on the Medical Center's First Response Team. The First Response Team has been organized to provide specialty coverage for certain patients who are admitted through the Medical Center's Emergency Department. The First Response Team has been organized to augment the routine call schedule and is not intended to replace or supercede the call responsibility that you have as a member of the Medical Center's medical staff.

In order to remain qualified to participate in the Medical Center's First Response program, you must provide coverage when scheduled, must respond to a page for assistance within thirty (30) minutes, and must be available to provide care at the Medical Center in accordance with the exercise of your medical judgment. You may arrange for another appropriate member of the First Response Team to substitute for you if you are unable to provide coverage when scheduled so long as you notify the Director of the Emergency Department in writing of the identity of the covering physician as soon as possible prior to the date that you are scheduled. However, your failure, or the failure of the covering physician, shall permit the Medical Center to terminate this Agreement effective immediately.

You must meet and continue to meet the criteria for medical staff appointment and reappointment set forth in the bylaws or policies of the Medical Center or its medical staff. You must comply with the requirements set forth in the medical staff bylaws, credentialing policies and rules and regulations, including routine call responsibilities, committee assignments, timeliness and the completion of medical records, and any policies and procedures that relate to the first Response Team and the Medical Center's responsibilities pursuant to the Emergency Medical Treatment and Active Labor Act ("EMTALA")

When requested, you must also participate in any performance or quality improvement activities in the Emergency Department that are aimed at reviewing the overall care that is provided to a patient who is admitted to the Medical Center through the Emergency Department. Since the Medical Center's decision to institute the First Response Team is due to the fact that Cameron County, Texas is a medically under served area, the Medical Center also expects your cooperation in its recruitment assistance program and encourages you to add additional physicians to your practice.

LETTER OF AGREEMENT TO PARTICIPATE ON
VALLEY BAPTIST MEDICAL CENTER'S
FIRST RESPONSE TEAM
Page 2

As of October 1, 2001, the Medical Center will compensate you for your participation in the First Response Team at a rate of $ 1,055.40  for each day of coverage that you personally provide, within thirty (30) days of the end of the month in which the services were provided.  Payment for services provided by a covering physician will be made to that physician.  The compensation set forth herein constitutes the amount that the Medical Center has determined is the fair market value of your participation in the first Response Team.  There is no requirement that you make referrals to, or otherwise generate business for, the Medical Center as a condition of being selected to participate in the First Response Team.

The Medical Center is compensating you only for your agreement to participate in the First Response Team Billings for professional services rendered by you to inpatients and outpatients of the Medical Center shall be your sole responsibility.  You must provide services to all patients referred to you through the Medical Center's First Response Team regardless of the patient's race, creed, insurance status or ability to pay.

In the performance of all obligations pursuant to this Agreement, you shall be deemed to be an independent contractor and the Medical Center shall not withhold or in any way be responsible for the payment of any federal, state, or local income or occupational taxes, F.I.C.A. taxes, unemployment compensation or workers' compensation contributions, vacation pay, sick leave, retirement benefits or any other payments for or on your behalf.  You must also maintain in force professional liability insurance covering you for the professional services you provide in at least such minimum amounts as may be required for appointment of the Medical Center's medical staff.  In the event, and only in the event, that Section 952 of P.L. 96-499 (42 U.S.C. Section 1395x(v)(1)(l)) is applicable to this Agreement, you must also agree to make your records available to the Secretary of the Federal Department of Health and Human Services or upon request to the Controller General as required by law.

This Agreement shall commence on October 1, 2001 and shall be in force until September 30, 2002 (the "Expiration Date").  This agreement shall expire on the Expiration Date unless it is extended by written agreement of both parties prior to said date.  Either party may terminate this Agreement at any time prior to the Expiration Date upon giving the other party thirty (30) days written notice of its intention to terminate.

This Agreement shall be construed and enforced under and in accordance with the laws of the State of Texas and hereby cancels and supersedes any previous agreement between the parties relating to the subject matter of this Agreement.

Please indicate your willingness to participate in the Medical Center's First Response Team and your agreement to the terms and conditions set forth in this letter agreement by signing the document on the space provided.

Sincerely,

James G. Springfield, CHE
Chief Operating Officer

LETTER OF AGREEMENT TO PARTICIPATE ON
VALLEY BAPTIST MEDICAL CENTER'S
FIRST RESPONSE TEAM
Page 3

In consideration of the mutual covenants set forth herein and intending to be legally bound hereby, I hereby agree to the terms and conditions set forth in this letter agreement.

11-6-01.
_____
Date

_____
Madhavan A.P. Pisharodi, M.D.

Zahid Ansari
_____
Witness