United States District Court
Southern District of Texas
FILED

AUG 1 0 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MADHAVAN PISHARODI, M.D., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-119 |
| | § | (Tagle) |
| VALLEY BAPTIST MEDICAL | § | |
| CENTER; BEN M. McKIBBENS, | § | |
| M.D.; JAMES G. SPRINGFIELD; | § | |
| ERIC SIX, M.D.; ALEJANDRO | § | |
| BETANCOURT, M.D.; AND | § | |
| CHRISTOPHER HANSEN, M.D. | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S SUPPLEMENTAL DISCLOSURE OF WITNESSES PURSUANT TO PRETRIAL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to FRCP 26(a)(1)(A), Plaintiff Madhavan Pisharodi herein supplements his disclosure of witnesses set forth in the Joint Discovery/Case Management Plan filed with this Court, previously, on or about September 14, 2004.

## WITNESSES

1.  James Richard Rollins, CPA
    405 Second Ave. N
    P.O. Box 989
    Columbus, MS 39703

    Mr. Rollins is a Certified Public Accountant employed by Plaintiff to maintain Plaintiff's financial accounts. Mr. Rollins can provide information as to Plaintiff's economic damages in this matter.

MADHAVAN PISHARODI VS. VALLEY BAPTIST MEDICAL CENTER, ET AL.
PLAINTIFF'S SUPPLEMENTAL DISCLOSURE OF WITNESSES PURSUANT TO PRE-TRIAL ORDER

1

2.    Bill R. Bradford, CPA
      Hales, Bradford & Allen
      855 West Price Road
      Brownsville, Texas 78520

           Mr. Bradfor is a Certified Public Accountant employed by
           Plaintiff to maintain Plaintiff's financial accounts.
           Mr. Rollins can provide information as to Plaintiff's
           economic damages in this matter.


                              Respectfully submitted,


                    By: _____
                         Ed Stapleton
                         Texas Bar No. 19058400
                         Southern District Bar No:
                         1602
                         The Scripture Building
                         123 N. Elm Street
                         Denton, Texas 76226
                         Telephone: (940) 382-2585
                         Facsimile: (940) 565-0465

                         Attorney for Plaintiff
                         Madhavan Pisharodi, M.D.

MADHAVAN PISHARODI VS. VALLEY BAPTIST MEDICAL CENTER, ET AL.
PLAINTIFF'S SUPPLEMENTAL DISCLOSURE OF WITNESSES PURSUANT TO PRE-TRIAL ORDER

2

## CERTIFICATE OF SERVICE

This is to certify that on the _29th_ day of July, 2005, a true and correct copy of Plaintiff Madhavan Pisharodi's Supplemental Disclosure of Witnesses Pursuant to FRCP 26(a)(1)(A) was served on Defendants' counsel as indicated below.

Ed Stapleton

Alfred J. Harper, II
Fulbright & Jaworski
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
***Via facsimile (713) 651-5246
and CM/RRR 7004 2890 0002 5041 2732***

David G. Oliveira
Roerig, Oliveira & Fisher
855 W. Price Road, Suite 9
Brownsville, Texas 78520
***Via facsimile (956)542-0016
and CM/RRR 7004 2510 0002 0234 4828***

MADHAVAN PISHARODI VS. VALLEY BAPTIST MEDICAL CENTER, ET AL.
PLAINTIFF'S SUPPLEMENTAL DISCLOSURE OF WITNESSES PURSUANT TO PRE-TRIAL ORDER

3