United States District Court
Southern District of Texas
FILED

OCT 1 4 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MADHAVAN PISHARODI, M.D., Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. B-04-119 (Tagle) |
| VALLEY BAPTIST MEDICAL CENTER; BEN M. McKIBBENS, M.D.; JAMES G. SPRINGFIELD; ERIC SIX, M.D.; ALEJANDRO BETANCOURT, M.D.; AND CHRISTOPHER HANSEN, M.D. | § § § § § § § § | |
| Defendants. | § | |

## JOINT MOTION FOR CONTINUANCE OF TRIAL AND AMENDMENT OF SCHEDULING ORDER

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW Plaintiff, Madhavan Pisharodi, and Defendants, Valley Baptist Medical Center; James G. Springfield; Eric Six, M.D.; Alejandro Betancourt, M.D.; and Christopher Hansen, M.D., and jointly move this Court to continue trial, and in support of said Motion would respectfully show the Court the following:

I.

This case has been placed on the bench trial docket commencing October 26, 2005.

II.

Parties to this case currently have multiple matters pending in Texas State court. The parties believe that resolution of State court matters may also resolve issues addressed in the cause before

MADHAVAN PISHARODI V. VALLEY BAPTIST MEDICAL CENTER, ET AL.
JOINT MOTION TO CONTINUE TRIAL



1

this Court. The parties would request that this case be granted a continuance until State court matters are resolved.

III.

In one instance, Cause Number 2004-03-1502-B, in the 138th Judicial District, Cameron County, Texas, is set for trial on March 27, 2006. The parties would, therefore, request that the present case be continued until May, 2005.

IV.

All parties are in agreement to this continuance, therefore, there is no opposition to this Motion for Continuance.

V.

This continuance is not sought for delay only, but in the interests of justice and judicial economy.

VI.

The parties move, further, that, upon the granting of a continuance for trial, that the Court issue an Amended Scheduling Order.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants pray that this Honorable Court grant this Joint Motion for Continuance and set this case for Docket Control Conference in order to schedule a new trial date, amend the Scheduling Order, and for such other and further relief this Court may deem fair and just.

Respectfully submitted,

Ed Stapleton

Texas Bar No. 19058400
Southern District Bar No. 1602
ED STAPLETON, LAWYER
The Scripture Building
123 N. Elm Street
Denton, Texas 76201
Telephone: (940) 382-2585
Facsimile: (940) 565-0645

## CERTIFICATE OF CONFERENCE

This is to certify that, on or about September 16, 2005, I conferred, by telephone, with David G. Oliveira. Mr. Oliveira stated that Defendants are not opposed to this Motion for Continuance.

_____
Ed Stapleton

## CERTIFICATE OF SERVICE

This is to certify that on the ____6____ day of October, 2005, a true and correct copy of the foregoing Motion for Continuance and Amendment of Scheduling Order was forwarded to the individuals listed below by the method indicated.

_____
Ed Stapleton

| | |
|---|---|
| David G. Oliveira<br>Roerig, Oliveira & Fisher<br>855 W. Price Road, Suite 9<br>Brownsville, Texas 78520 | *Via CM/RRR 7004 2510 0002 0234 7782<br>and Facsimile to (956) 542-0016* |
| A.J. Harper, II<br>Fulbright & Jaworski, L.L.P.<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095 | *Via CM/RRR 7004 2510 0002 0234 7799<br>and Facsimile to (713) 651-5246* |

Mr. Ben M. McKibbens
556 Moog Lane
Point Clear, Alabama 36564                *Via CM/RRR 7004 2510 0002 0234 7812*
and
P.O. Box 993
Point Clear, Alabama 36564                *Via CM/RRR 7004 2510 0002 0234 7836*