IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MADHAVAN PISHARODI, M.D., Plaintiff, | § § § |
| vs. | § CIVIL ACTION NO. B-04-119 § (Tagle) |
| VALLEY BAPTIST MEDICAL CENTER; BEN M. McKIBBENS, M.D.; JAMES G. SPRINGFIELD; ERIC SIX, M.D.; ALEJANDRO BETANCOURT, M.D.; AND CHRISTOPHER HANSEN, M.D. Defendants. | § § § § § § § § § |

## ORDER ON
## JOINT MOTION FOR CONTINUANCE OF TRIAL
## AND AMENDMENT OF SCHEDULING ORDER

After considering the parties' Joint Motion for Continuance and said motion being unopposed, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the parties' Joint Motion for Continuance is GRANTED and that trial in this case be continued _____ days, until _____, 200__.

IT IS FURTHER ORDERED that the Scheduling Order previously entered is hereby vacated. An Amended Scheduling Order shall be issued by the Court, as appropriate.

SIGNED on _____, 2005

_____
JUDGE PRESIDING

ORIGINAL