IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

OCT 17 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MADHAVAN PISHARODI, M.D., § § Plaintiff, § § v. § CIVIL ACTION NO. B-04-119 § VALLEY BAPTIST MEDICAL § CENTER; BEN M. McKIBBENS, § M.D.; JAMES G. SPRINGFIELD; § ERIC SIX, M.D.; ALEJANDRO § BETANCOURT, M.D.; AND § CHRISTOPHER HANSEN, M.D., § § Defendants. § | |

## ORDER

BE IT REMEMBERED that on October 17, 2005, the Court **DENIED** the parties' Joint Motion for Continuance of Trial and Amendment of Scheduling Order as moot. Dkt. No. 15.

DONE at Brownsville, Texas, this 17th day of October, 2005.

Hilda G. Tagle
United States District Judge

1